**No CV-71**
**No CV-30**

1

Eve Doe
8306 Wilshire Blvd #2020
Los Angeles, California
90211
424-379-3619
Eveemancipationdoe@gmail.com
Propia Persona



FILED
CLERK, U.S. DISTRICT COURT

6/19/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

**CV23-4896-GW(ASx)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL  DISTRICT**

**Los Angeles**

**For removal to The Supreme Court of the United States**

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

| | |
|---|---|
| Eve Doe, | Case No. |
| PLAINTIFF | **COMPLAINT FOR** |
| Does 1 Though 64, | **1. Bad Faith** |
| QUINN EMANUEL URQUHART & SULLIVAN | **2. Conspiracy** |
| LLP | **3. Obstruction of Justice** |
|  | **4. Personal Injury** |
| JOHN QUINN LAWYER | **5. Fraud** |
| DIANE DOOLITTLE LAWYER | **6. Attorney Interference** |
|  | **7. Stalking** |
| BRUCE VAN DALSEM LAWYER | **8. Violation of the Trafficking Victims** |
| Kathleen Sullivan LAWYER | **Protection Act** |
|  | **9. Racketeering** |
| KYLE BATTER LAWYER | **10. Civil Theft** |
| Michael F Grady Lawyer | **11.Wrongful Death** |
|  | **12.Deceit** |
| Christopher Tayback Lawyer | **13.INTENTIONAL INTERFERENCE WITH** |
| William C. Price Lawyer | **ECONOMIC RELATIONS** |
|  | **14.Unjust enrichment** |
| JOSEPH C. SARLES Lawyer | **15.Malicious Prosecution** |
| Megan M Kerr Lawyer | **16.INTERFERENCE WITH EXISTING** |
|  | **CONTRACT- NEGLIGENT** |
| PATRICK DOOLITTLE Lawyer | **17.INTERFERENCE WITH EXISTING** |
| Margaret Caruso Lawyer | **CONTRACT-INTENTIONAL** |
|  | **18.MONEY HAD AND RECEIVED** |
| MICHAEL LIFRAK Lawyer | **19.WILLFUL MISCONDUCT** |
| Sara Pollack Lawyer | **20.UNFAIR COMPETITION VIOLATION OF** |
|  | **PUBLIC POLICY** |
| David Klein Lawyer | **21.BREACH OF PRIVACY** |
| Suong (Shu) Nguyen Lawyer | **22.Intentional infliction of emotional distress** |
|  | **23.PROFESSIONAL NEGLIGENCE** |
| Alex Gerbi LAWYER | **24.Violation of Victims of Crime Act** |
| Ted Greeno LAWYER | **25.Violation of Marcys law** |
|  | **26.Violation of Ambers Law** |
| Aidan O'Rourke LAWYER | **27. Defamation** |
| Leonidas Angelakos Lawyer | **28. Violation of Megans Law** |
|  | **29.Violation of Jessies law** |
| All "investigators" retained by Quinn Emanuel | **30.Violation of Jessicas Law** |
|  | **31.Violation of  Chelseas Law** |
| Does 1-100          DEFENDANTS | **32. Unlawful Endangerment** |
|  | **33.Violation of the Bane act** |
|  | **34.Violation of the Ralph act** |
|  | **35.GROSS NEGLIENCE** |
|  | **36. Tortious Interference** |
|  | **37. Trespass to chattels** |
|  | **38.Conversion** |
|  | **39. Violation of the Ku Klux Klan act** |
|  | **40. Violation of the Mann Act** |
|  | **41. Violation of the Human Rights Act** |
|  | **42. Violation of The California Constitution** |
|  | **43. Invasion Of Privacy** |
|  | **44. False Light** |
|  | **45. Inciting Gender Violence** |
|  | **46. Legal Misconduct** |
|  | **47.Negligent Supervision of Diane Doolittle** |
|  | **48. INTERFERENCE WITH MEDICAL** |
|  | **TREATMENT** |

Plaintiff,  Eve Doe  ("Plaintiff") for their complaint against Defendants,  QUINN EMANUEL

URQUHART & SULLIVAN LLP , alleges: Defendants are Guilty on all counts 1-48

# DUE TO DEFENDANTS

# NEFARIOUS CONDUCT

# PLAINTIFF CAN ONLY ACCEPT

# EMAIL SERVICE

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over the subject matter of this action pursuant to the

Federal Tort Claims Act (June 25, 1946, ch. 646, Title IV, 60 Stat. 812, "28 U.S.C. Pt.VI Ch.171"

and 28 U.S.C. § 1346(b) ("FTCA").


2.      This Court has personal jurisdiction over all the Defendants by virtue of their

transacting, doing, and soliciting business in this District, and because a substantial part of the

relevant events occurred in this District.

This is the Correct Jurisdiction as it is where the plaintiff has lived through many of the

events, where she has been stalked, where defendants are located and their place of business is

located the matter in dispute is more than $75,000.00. The crimes against plaintiff cross state lines

and international borders and the crimes involve the invalidation of the United States Constitution.


**THE PARTIES**

3.      Plaintiff Eve Doe is an individual residing in the City of

Los Angeles, County of  Los Angeles, State of California.

4.      On information and belief, defendant QUINN EMANUEL URQUHART &

SULLIVAN LLP        Do business in California and world wide.


5.      On information and belief, JOHN QUINN LAWYER

DIANE DOOLITTLE LAWYER

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1   BRUCE VAN DALSEM LAWYER

2   Kathleen Sullivan LAWYER

3   KYLE BATTER LAWYER

4

5   Michael McCarthy Lawyer

6   Michael F Grady Lawyer

7   Christopher Tayback Lawyer

8

9   William C. Price Lawyer

10   JOSEPH C. SARLES Lawyer

11   Megan M Kerr Lawyer

12   PATRICK DOOLITTLE Lawyer

13

14   Margaret Caruso Lawyer

15   MICHAEL LIFRAK Lawyer

16   Sara Pollack Lawyer

17   David Klein Lawyer

18

19   Suong (Shu) Nguyen Lawyer

20   Alex Gerbi LAWYER

21   Ted Greeno LAWYER

22

23   Aidan O'Rourke LAWYER

24   Leonidas Angelakos Lawyer ,

25    (" The Lawyers")  are individuals doing business under the name of QUINN EMANUEL

26   URQUHART & SULLIVAN LLP in the City of Los Angeles, County of Los Angeles, State of

27   California. Defendant does business as a Law firm worldwide.

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

6.      On information and belief, defendant _ QUINN EMANUEL URQUHART &

SULLIVAN LLP., a  Law Corporation and Limited Liability Partnership, ("_ QUINN EMANUEL

URQUHART & SULLIVAN LLP") is a Corporation duly organized and existing under the laws of

the State of  California, State of New York, State of Georgia, State of Texas, State of Massachusetts,

State of Illinois, State of Florida, State of Montana , State of Delaware, State of Washington, State of

New Jersey, State of Nevada, State of Utah, Washington D.C.  England, France, Dubai, Japan,

Germany, Switzerland, Australia, China, Saudi Arabia, with its principal place of business located in

the City of Los Angeles, County of Los Angeles, State of California. Defendant is a Law firm and the

Lawyers JOHN QUINN LAWYER

DIANE DOOLITTLE LAWYER

BRUCE VAN DALSEM LAWYER

Kathleen Sullivan LAWYER

KYLE BATTER LAWYER

Michael McCarthy Lawyer

Mark Schaeffer Lawyer

Michael F Grady Lawyer

Christopher Tayback Lawyer

William C. Price Lawyer

JOSEPH C. SARLES Lawyer

Megan M Kerr Lawyer

PATRICK DOOLITTLE Lawyer

Margaret Caruso Lawyer

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1   MICHAEL LIFRAK Lawyer

2   Sara Pollack Lawyer

3   David Klein Lawyer

4

5   Suong (Shu) Nguyen Lawyer

6   Alex Gerbi LAWYER

7   Ted Greeno LAWYER

8

9   Aidan O'Rourke LAWYER

10  Leonidas Angelakos Lawyer  are individuals.

11

12     Plaintiff further alleges that defendant QUINN EMANUEL URQUHART & SULLIVAN LLP is

13  owned by defendants John Quinn, Kathleen Sullivan, Bruce Van Dalsem, Diane Doolittle and many

14

15  other lawyers.

16      7.    The true names and capacities, whether individual, corporate, or otherwise, of the

17  Defendants sued as Does 1 through 100 are unknown to Plaintiff, who, therefore, sues them by such

18

19  fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will

20  seek leave of Court to amend this Complaint accordingly. On information and belief, Plaintiff alleges

21  that each of Does 1 through 100 was the agent, representative, or employee of each of the

22

23  other Defendants and was acting at all times within the scope of his/her agency or representative

24  capacity, with the knowledge and consent of the other Defendants, and that each of Does 1

25  through 100 are liable to Plaintiff in connection with one or more of the claims sued upon here and

26

27  are responsible in some manner for the wrongful acts and conduct alleged here. Nature of the Case

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

8. Judicial Immunity does not apply when Federal and State judges are acting in concert with the Mafia of lawyers at QUINN EMANUEL URQUHART & SULLIVAN and a serial sex predator.

9. What has happened in this instance is the racketeering effectively invalidating the United States Constitution and the invalidation of the Trafficking victims protection act.

Plaintiff must proceed to trial by Jury on the merits of her case. These MAFIA OF LAWYERS invalidation of the constitution caused the court not to function affects not only the plaintiff but every citizen especially victims of rape, molestation and human trafficking.

10.   By allowing a man who has sexually violated, mutilated, stalked and trafficked uncountable numbers of Girls and women to simply say the law does not apply to him because he could be "defamed" for the crimes he committed against them and against society as a whole. This obstruction of justice by Quinn Emanuel "Lawyers" creates new case law were any and all human traffickers, rapists, molesters, murderers can simply have cases thrown out of court because they could be "defamed" and they will refer to the case where plaintiff was barred from trial by jury because her rights were violated by lawyers and Judges acting under the color of the law and that created new case law.

11. The lawyers at Quinn Emanuel Have caused the courts in multiple jurisdictions not to function and have caused law enforcement not to function.

# 5 U.S. Code § 3331 - Oath of office

U.S. Code    Notes

prev | next

An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**1729. PROTECTION OF GOVERNMENT PROCESSES -- TAMPERING WITH VICTIMS, WITNESSES, OR INFORMANTS -- 18 U.S.C. 1512**

Section 1512 of Title 18 constitutes a broad prohibition against tampering with a witness, victim or informant. It proscribes conduct intended to illegitimately affect the presentation of evidence in Federal proceedings or the communication of information to Federal law enforcement officers. It applies to proceedings before Congress, executive departments, and administrative agencies, and to civil and criminal judicial proceedings, including grand jury proceedings. *See* 18 U.S.C. § 1515(a)(1). In addition, the section provides extraterritorial Federal jurisdiction over the offenses created therein. *See* 18 U.S.C. § 1512(g); 128 Cong. Rec. H8469 (daily ed. Oct. 1, 1980); H. R. Rep. No. 1369, 96th Cong., 2d Sess. 20-22 (1980).

The express prohibitions against tampering with witnesses and parties contained in former 18 U.S.C. §§ 1503 and 1505, are now in paragraphs (b)(1) and (2) of 18 U.S.C. § 1512. (As discussed in this Manual at 1724 and 1727, the omnibus clauses of these provisions still cover witnesses.) All forms of tampering with informants covered in former 18 U.S.C. § 1510, with the exception of tampering by means of bribery, are now proscribed by 18 U.S.C. § 1512(b)(3). Tampering with informants by means of bribery remains an 18 U.S.C. § 1510 offense.

Section 1512 augments the prohibitions of the former law in several important respects. First, section 1512(b)(3) sweeps more broadly than former 18 U.S.C. § 1510 and expands the class of informants protected by Federal law. For example, it protects individuals having information concerning a violation of a condition of probation, parole, or bail whether or not that violation constitutes a violation of any other Federal criminal statute. Second, it protects individuals seeking to provide information to Federal judges or Federal probation and pretrial services officers.

Section 1512 also includes attempts in its list of prohibited conduct. There is no requirement that the defendants actions have the intended obstructive effect. *See, e.g., United States v. Murray*, 751 F.2d 1528 (9th Cir.), *cert. denied*, 474 U.S. 979 (1985); *United States v. Wilson*, 796 F.2d 55 (4th Cir. 1986), *cert. denied*, 479 U.S. 1039 (1987). As amended by the Criminal Law and Procedure Technical Amendments Act of 1986, Pub. L. 99-646, it is clear that the killing of a witness or attempts to kill a witness in order to prevent his/her testimony constitutes an act of force intended to "influence the witness' testimony." *See* 18 U.S.C. § 1512(a). This change was necessitated by one court interpreting former § 1512 as not reaching an act of attempted murder that was intended to prevent a witness from testifying. *See United States v. Dawlett*, 787 F.2d 771 (1st Cir. 1986).

12.  This has disrupted the entire litigation process. Plaintiff has not been afforded due process of the law.  The rapists right to cover up his crimes under the guise of "defamation" does not out way the victims right to a fair trial by jury and due process in the civil and criminal justice system.

13. In the case of plaintiff in this case we see time and time again The lawyers acting in concert with defendant a known sexual predator a self proclaimed owner of a harem of sex slaves and his lawyers at Quinn Emanuel obstructing the course of justice.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

14. Any and all Judges willing to acquiesce the QUINN EMANUEL URQUHART & SULLIVAN lawyers in a Quid Pro Quo manner in the instant case must immediately be disqualified from the instant case.

15.    This litigation has gone on for over 9 years and to date plaintiff has never had a trial in any jurisdiction as QUINN EMANUEL URQUHART & SULLIVAN  have a vested interest in plaintiffs death so she can never speak about their mafia like conduct. This is overwhelming for the plaintiff who was guaranteed a fair and speedy trial under the trafficking victims protection act.

16.  QUINN EMANUEL URQUHART & SULLIVAN  are obsessed with keeping a violent sexual predator loose among girls and women so he can harm as many as possible during his lifetime.

17. This misconduct is reprehensible and must be frowned upon by the judiciary and law enforcement.

18. All lawyers are well aware of the fact that the ligation privilege remains absolute. There is no such clause that allows for any person to claim legal proceedings are "defamatory".

19.    Statements made to police, FBI, CIA or any other branch of law enforcement are not defamatory either. For the entire Criminal and civil justice system would collapse as no witness could

ever testify without the repercussion of a defamation suit. Quinn Emanuel are endangering the criminal and civil justice systems integrity by obstructing justice and making up laws as they go.

20. This obstruction of justice and silencing of victims must end so victims of sex crimes and trafficking can speak the truth.

21.   Quinn Emanuel know no bounds when it comes to the crimes committed against plaintiff in the instant case. Their diabolical mis-conduct never ceases.

22.  If any lawyer at QUINN EMANUEL URQUHART & SULLIVAN  were injured they would expect due process and the cessation of stalking during that process. Not only have QUINN EMANUEL URQUHART & SULLIVAN  violated plaintiffs rights and destroyed her ability to survive anywhere on this planet.

23. The "Lawyers"  have perverted the course of justice in multiple jurisdictions in concert with their client time and again obstructing justice by manipulating the law and forcing a Police chief who served for over  40 years to give up his law enforcement credentials and step down from his position after he tried to clean up the police force and get defendant to stop bribing his detectives and prevent defendant from further infiltrating police investigations.

24. Years later QUINN EMANUEL URQUHART & SULLIVAN  will not stop harming and maliciously prosecuting this former police chief who served the community in excess of 40 years.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

For they are maliciously prosecuting  him by suing him for 100 million dollars in attempt to obtain a

settlement to enrich themselves at his expense for speaking the truth that their client is a serial rapist

and a  sexual predator far worse than Harvey Weinstein and Jeffery Epstein. Which is not defamatory

but the truth.

25. Truth still remains a  100% defense to defamation. QUINN EMANUEL URQUHART &

SULLIVAN  again take the San Mateo ruling By Danny Chao procured by extrinsic fraud on the

court, bribery and a multitude of other crimes and use it as the reason that they can maliciously

prosecute the former chief of police for speaking the truth about the sexual predator.

26.  The "Lawyers" Mainly John Quinn, Diane Doolittle, Kyle Batter and Bruce Van Delsum

continue to exploit plaintiff by smearing her confidential documents and photographs all over

lawsuits that do not involve her and declarations of people plaintiff has never heard of before.

Plaintiff must still discovery to what extent the other Lawyers and agents of QUINN EMANUEL

URQUHART & SULLIVAN damaged exploited and harmed plaintiff. It is not clear who participated

in what.  Plaintiff knows much of what Diane Doolittle Did to deprive me of my human rights civil

rights and constitutional rights.

27. Quinn Emanuel continues to violate plaintiffs copy right by disseminating private images of

plaintiff which they have illegally obtained.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

28. Quinn Emanuel "Lawyers" are Mafia of lawyers who leak all of the litigation to the media and give news tips there after creating more ways to toll their fees by bringing defamation cases that they know are not valid claims of "defamation" as they know they represent a serial sex predator who uses his sex trafficking enterprise to evade paying taxes.

29. Quinn Emanuel continue to exploit plaintiff by circulating documents that are under protective order signed by judges.

30.    All of this must be stopped by the courts before plaintiffs life is lost forever.

31.    Quinn Emanuel must be prevented from any and all representation of themselves and of the Law firm QUINN EMANUEL URQUHART & SULLIVAN  in the instant case as they have proven themselves malicious and are willing to do anything inclusive of causing injury and death of plaintiff to pervert the course of justice.

32.    QUINN EMANUEL URQUHART & SULLIVAN  make fraudulent claims of prevailing in cases where they proceeded to trial perjured themselves, falsified evidence, played Hollywood films unrelated to the case and entered the film into evidence,  suborned the perjury of the defendant, called false witnesses and caused the court not to function.

33.    There is no Quinn Pro Quo between Lawyers and people acting under the color of the law. THE STATUTES IN CALIFORNIA and The UNITED STATES OF AMERICA ARE INTENDED TO ENSURE PUBLIC

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

CONFIDENCE IN THE JUDICIARY AND TO PROTECT THE RIGHTS OF LITIGANTS TO A FAIR AND IMPARTIAL ADJUDICATOR AND THE UNITED STATES SUPREME COURT HAS STATED THAT A FAIR TRIAL IN A FAIR TRIBUNAL IS A BASIC REQUIREMENT OF DUE PROCESS  A fair trial in a fair tribunal  is a basic requirement of due process as stated by the United States Supreme Court. In the last nine years of litigation plaintiff has been denied her right of a trial by jury in all instances in all jurisdictions due to the criminal nature of   QUINN EMANUEL URQUHART & SULLIVANs Racketeering.

34.  QUINN EMANUEL URQUHART & SULLIVAN  allege this obstruction of justice is great win on behalf of the sexual predator. They go even farther and pay for advertising to gain more clients on the false pretense that they prevailed in a cases where they broke every possible law and violated plaintiffs life.

35. QUINN EMANUEL URQUHART & SULLIVAN's misconduct is abominable and sets a new precedence  for all of the misconduct that will now be allowed in courts of law because thus far they have gone completely unpenalized.

36.   This is also a threat to the United states constitution. For these are courts of law. The law must be adhered to. This is not a circus where Quinn Emanuel lawyers whom are married to lawyers  can simply do as they please which subsequently leads to the death of innocent people.

This legal mis-conduct must be prohibited.

37.    Quinn Emanuels mis-conduct reached outside of America and has damaged the judicial relationships between other countries as they have abused the legal process in The United Kingdom and Canada by having their co-conspirator Lawyers attempt to bribe third parties lawyers to have them lie under oath.

38.  QUINN EMANUEL URQUHART & SULLIVAN  have solicited Monique Jilleson of LENCZNER SLAGHT LLP to bring a case in an improper jurisdiction where plaintiff never had assets or residence. Monique is a lawyer who runs the Commercial list a business court a branch of the government.

39.  Plaintiff is an individual not a business. At no point did plaintiff become an international corporation akin to Exxon mobil and should never have been viewed as such by the court to further obstruct the judicial process.

40.  The Business court is erroneously run by a private law firm LENCZNER SLAGHT who meets with the judges for the court weekly. Making this an even more corrupt and insidious perversion of the course of justice.

41. The Judges For the Commercial list in Toronto are partners in the law firm LENCZNER SLAGHT that runs the commercial list court a branch of the Canadian Government.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2    42.    Monique Jilleson the lawyer that runs the Commercial list for the court brought the case before

3 these very judges for the commercial list. This is highly illegal and legally improper and there is no

4 unbiased, due process in a system that becomes very much a system similar to communism rather

5 than democracy.

6

7

8

9

10

11

12

13

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

 Lenczner Slaght

PEOPLE   EXPERTISE   PROGRAMS   NEWS & BLOG   CAREERS

Professional Liability and
Regulation
Public Law
Securities Litigation

**BAR ADMISSIONS:**
Ontario (2000)

**EDUCATION:**
Osgoode Hall Law School (1998)
LLB

Queen's University (1995) BA
(Honours - Political Science)

LawVision Group (2015) Legal
Project Management

Monique is one of Canada's leading litigators who clients turn to for their toughest commercial disputes. Her practice focuses on class actions, contract and shareholder disputes, civil fraud cases, injunctions, professional liability, bankruptcy and insolvency matters, and securities and derivatives cases.

Monique is a fearless advocate, unafraid to take on tough, notable, and high-profile cases, even at a moment's notice. She was counsel to the Ukrainian World Congress in an application for judicial review of Canada's decision to allow the delivery of turbines to Germany for use by a sanctioned Russian company. In *Li v Barber*, she successfully secured an unprecedented Mareva order freezing up to $20 million of assets and cryptocurrency of Freedom Convoy leaders. She also represented Douglas Cardinal in an injunction to restrain the use in Canada of the Cleveland baseball team's racist name and logo on human rights grounds.

Recognized for her exceptional work, Monique was awarded The Advocates' Society's prestigious Douglas K. Laidlaw Award for Excellence in Advocacy in 2017.

Monique is co-leader of the firm's Commercial Litigation practice group and a member of the Commercial List Users' Committee. In 2018, she developed commerciallist.com, an award-winning website that serves as a one-stop shop for all things Commercial List.

As the firm's Managing Partner, Monique is at the forefront of executing the firm's strategy, building an innovative mindset across the firm, and nurturing its high-performing and inclusive culture.



**CANADIAN LAWYER**

As for the direction she intends to take the firm, Monique Jilesen says:

"First and foremost is maintaining our position as the best litigation firm in the country, developing that next generation of extraordinary litigators, and working to build a more modern and innovative Law Firm. We are already that, but there's always more to do as the world changes."

43.  This is an instance of illegal Quid Pro Quo between Quinn Emanuel lawyers and and their co-conspirators at LENCER SLAGHT. Obstruction of justice remains a crime and these judges are acting under the color of the law for the people not to enrich their bank accounts  illegally at the expense of plaintiffs life.  There is no possibility that the judges could or should be immune when the perversion of justice leads to plaintiffs death.

44.  This Quid Pro Quo between The lawyers in the instant case and their co-conspirators must come to an end before additional plaintiffs or defendants Civil rights, Human rights and constitutional rights are violated and her life is lost forever.

45.  The commercial list court is being operated by Judges that own the Law firm which runs the commercial list is therefore operating in complete conflict of interest to the Canadian people or any business that may be operating in Canada. The lawyers at LENCZNER SLAGHT who partnered with QUINN EMANUEL URQUHART & SULLIVAN as co-counsel in the malicious conspiracy to

deprive plaintiff of all of her rights not only in America but in two countries subsequently tampered with the lawyers at the plaintiffs bank to illegally acquire banking information that they were barred from accessing under the Bank act Of Canada causing additional injury and stalking of plaintiff. Madame Justice Gilmore Signed an illegal order depriving plaintiff of all of her rights as part of Quinn Emanuels conspiracy to obstruct Justice. Justice Gilmore as she is a partner in the law firm Lenzcer Slaght that runs the Commercial list a government court where she is appointed to the bench as a Judge. Monique Jilleson another partner at the same law firm  runs the commercial list for the "court". Justice Gilmore profited personally through monies paid to the Law Firm  Lenczer Slaght by Quinn Emanuel and their client who raped and trafficked plaintiff when the Judges were enriched by legal fees were paid  to their law firm to violate plaintiffs rights while acting under the color of the law. Monique Jilleson Brought fraudulently procured judgement from the United States  before her partners in the law firm that sit as judges on the bench in the court run by the law firm they own as private citizens. This is the ultimate perversion of any Justice system. This lead to the deprivation of plaintiffs Human rights, civil rights and constitutional rights in both Canada and the United States of America.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

46.   Plaintiff remains forever enslaved to her human trafficker because of Quinn Emanuels RACKETEERING.

47.   After all of Quinn Emanuels bribery ,violations of the law, criminal activity, Lying to law enforcement to stop the stalking investigations, tampering with evidence, destruction of evidence, stalking of third parties, bribery of witnesses, abuse of discovery process, violations of the protective order, leaking of court pleadings to hundreds of news outlets, Instructing multiple dirty old men to stalk plaintiff under the guise of "private investigation" Which is their name for stalking by alternative means. Not only did they chase and stalk plaintiff in multiple states they stalked her relentlessly through multiples countries including THE UNITED STATES Of AMERICA,Canada, France and England.

48.   Chris Reynolds the perverse old man was provided photographs of plaintiff taken at various time inclusive of being in states of undress as a minor. Plaintiff  is the sole copyright owner of these images and Quinn Emanuels client agreed to destroy all images of plaintiff in his possession upon the signing of the Personal injury settlement agreement. Instead he Quinn Emanuel and their perverted

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

"investigators" disseminated the images and sold them to news outlets to increase the damage to plaintiff.

49. "Investigator" David Fecheimer. When to the doors of "Photographers" who have made their careers from photographing victims of human trafficking. David Fecheimer acted at the behest of QUINN EMANUEL URQUHART & SULLIVAN illegally purchasing and disseminating images of plaintiff and provided them to plaintiffs sex trafficker for his archive of photos that he retains of her. Plaintiff remains the sole copyright owner of the images illegally obtained.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

50.   Multiple perverted men were retained to stalk plaintiff and over 60 other individuals and their relatives, co-workers, spouses, children, the elderly, cancer patients undergoing chemotherapy, a relative in the hospital who was relentlessly pursued until death, plaintiffs siblings children were left in fear in their own home, Single mothers with young children were stalked at home, peoples phones where called repeatedly, people moved and relocated homes because the lawyers at Quinn Emanuel and their client instructed "investigators' not to stop the harassment.

51.   It remains illegal for any "investigator" to go to the property of a Canadian citizen without calling and the person agreeing to be interviewed at their home. These perverted investigators walk to peoples doorsteps with images of plaintiff in swim wear asking obscene questions about plaintiff and many of the individuals had never heard of the plaintiff but knew someone who may have known her superficially.

52.   The private investigators intentionally went to the doorsteps of people they know were gang members and had long histories of pimping girls and women, drug trafficking, murder and many other criminal activities.

53. The "investigators" told these people that plaintiff was in possession of an amount of money that she was never in possession of. These individuals were promised money to again harm plaintiff.

54.  These investigators are retained by QUINN EMANUEL URQUHART & SULLIVAN and paid for by their client. The lawyers knew this would cause a great threat to plaintiffs life and the lives of people in close relation to her.







Complaint for Racketeering, Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud





Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud





55.   After Being forced to publicly announce the name of the gang knowing that the name of the gang who began  trafficking plaintiff as a minor had no relevance to the legally binding personal injury settlement agreement written by QUINN EMANUEL URQUHART & SULLIVAN insisted plaintiff  name this organized crime syndicate and specific members for no reason other than to cause plaintiff more harm.

56.   QUINN EMANUEL URQUHART & SULLIVAN Knowing without a shadow of a doubt that this gang was involved in trafficking plaintiff insisted on dragging people involved in the gang into litigation knowing this would bring great harm to plaintiffs life.

57.   Plaintiff never had any intention of speaking about what the gang did to her life when they held her in endured servitude. She knows that the gang remains active as one of the most notorious organized crime syndicates in the world and will never be disbanded.

58.   The special victims police have made plaintiff aware that there is very little they can do as the gang is very dangerous and powerful.

59. The Special Victims Police state their many grievances with the Gang after plaintiff successfully identifies lead members of the gang.

60.   The gang had no relevance to the contract prepared by QUINN EMANUEL URQUHART & SULLIVAN and forced upon plaintiff after Diane Doolittle schemed with her client to defraud plaintiff out of legal representation by telling plaintiff her lawyer was a criminal that was stalking her.

61.   Plaintiff called phone numbers that were on business cards left on doors at homes she was staying in hopes of keeping herself safe. Plaintiff knew that this type of harassment of human

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

traffickers and people involved in the exploitation of plaintiff would leave plaintiff and others in

grave danger.

62.   When plaintiff telephoned Christopher Reynolds "investigator"  and pleaded with him to stop

stalking her and everyone else.  Plaintiff was told that he would continue to do so as long as he was

being paid by defendants.

63.     The army of investigators pursued plaintiffs friends also breaking onto their private properties

and accessing secure buildings in pursuit of harassing people they knew could not possibly have any

information relevant to the breach of contract.

65.   QUINN EMANUEL URQUHART & SULLIVAN keeps alleging their client a criminal is

"defamed " yet instruct their "investigators" to go to peoples homes and allege extremely defamatory

events and harass people about events they have zero knowledge of.

66.   This caused the breakdown of relationships between people distantly related to plaintiff.

67.   The stalking continued to cause plaintiff so much distress after she was forced to abandon her

only home a modest apartment by defendant, Plaintiff was left with no place to hide and remain safe.

Investigators were outside of her apartment 24 hours per day. The "investigators" harassed the

neighbors asking what time plaintiff walks her dog and comes and goes from the building.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

68.     After plaintiff moved to the hotel investigators immediately began showing up at the hotel asking invasive questions to staff at the hotel about plaintiff. Plaintiff moved repeatedly from place to place in desperation to have the stalking cease. Plaintiff made multiple police reports about the stalking.

69.   QUINN EMANUEL URQUHART & SULLIVAN lied to the police about the stalking stating that it never happened.

70.     Plaintiff was under such extreme distress from the stalking that she fell and shattered her bone which remains in need of major surgery or plaintiff is at risk of death from tungsten drill bit the first surgeon left in her bone marrow Quinn Emanuel Threatened plaintiffs medical team during ex party phone cals to her surgeons from Harvard and knowingly left her to die with no medical treatment when they ordered the banks to remove all access to her accounts and to not extend her credit to pay for medical treatment. .

71.     Quinn Emanuel lawyers act as a mafia they break all laws and govern themselves at all times in an illegal manner committing legal misconduct and go far beyond that into criminal activity.

72. QUINN EMANUEL URQUHART & SULLIVAN know that plaintiff will die without surgery and still continue to exploit plaintiff after nine years of enriching themselves at plaintiffs expense. Their client is a billionaire so he can easily pummel his victims with obscenely overwhelming litigation. Yet their client evades all discovery and then sits down and perjures himself for 3 days of

deposition and proceeds to a fake trial in front of a Judge when the court and the lawyers Knew that in the state of medical crises after major surgery plaintiff could not legally testify in court nor could she try a case in pro per while taking the prescribed medications.  Quinn Emanuel has converted plaintiffs personal injury settlement into their legal fees.

73. The defendant knowingly perjured himself in the witness box. This perjury was knowingly suborned by QUINN EMANUEL URQUHART & SULLIVAN.

74.  Multiple deposition notices were sent out to witnesses in the case with the fake trial. QUINN EMANUEL URQUHART & SULLIVAN allege only their client is able to take discovery in the litigation and only he can examine witnesses.

75.  When plaintiffs former counsel whom defendants tampered with served  deposition notices suddenly the witnesses were all being represented by a former Quinn Emanuel Partner who had moved into private practice.

76.  It is in evidence that this lawyer was paid for by Quinn Emanuels client and retrained via Quinn Emanuels relationship with their former partners. All witnesses the lawyer was now representing stated they could no longer testify because it would cause them emotional distress.
These people who contacted plaintiffs lawyer to provide testimony were under no distress, no were they being stalked or pursued.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

77.   Speaking out of both sides of their faces QUINN EMANUEL URQUHART & SULLIVAN Lawyers acted with malice and total disregard for the gravely ill people who had zero information about the facts pertaining to the case but Quinn Emanuels lawyers intentionally tried to hurt and were successful in harming third parties who had nothing to do with the personal injury settlement agreement, the abuse or the sex trafficking conspiracy.

78.   Quinn Emanuel advertises themselves as the
" Most feared Law firm in the World" but the facts remain they are willing to cause an abundance of harm and even death to illegally enrich themselves. Defendants are living off of the avails of plaintiffs human trafficking.

79.   Quinn Emanuel had complete control of the $900.00 an hour court appointed Discovery referee Read Ambler from JAMS Arbitration Firm who violated plaintiffs legal rights at the behest of Diane Doolittle, Bruce van Dalsem and John Quinn, Kyle Batter and the dozens of lawyers lawyers at QUINN EMANUEL URQUHART & SULLIVAN who perverted the course of civil and criminal justice in relation to plaintiff. These "Lawyers" continue to date of this filing to pervert the course of justice by naming plaintiff the defendant in 100 million dollar lawsuit in Orange County California where all issues in the lawsuit arise out of Quinn Emanuels racketeering and Attorney interference.

80.  Read Ambler from JAMS first sanctioned Plaintiff $17,000.00 for not being able to produce physical paintings which have zero relevance to the contract for personal injuries and zero to do with the litigation at hand.

81.   Plaintiff produced printed copies of the images but Quinn Emanuel wanted to further enrich themselves far in excess of images created to be sold as prints and on merchandise as a way to create income for a charity also completely irrelevant to the personal injury settlement agreement but Quinn Emanuel saw this as an opportunity to increase the amount of legal fees they could toll in further explanation of plaintiff and her work as a slave.

82.   Read Ambler the Referee did not sanction defendant ever for any of his abuse of  the discovery process as he was being paid by defendant to harm plaintiff in an egregious manner.

83.   The trial court appointed Jams referee because QUINN EMANUEL URQUHART & SULLIVANs tactic was to overwhelm the court with pleading and copious amounts of documents and motions and bankrupt plaintiff before her trial.

84.   Read Ambler JAMS referee is very old and has so much experience as a Judge he knew what he was dealing with when defendant and acted in concert with them to trample on plaintiffs rights .

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

85.   QUINN EMANUEL URQUHART & SULLIVAN had the JAMS referee under their control and intentionally destroyed plaintiffs ability to have a jury trial by sanctioning Plaintiff again and issuing evidentiary sanctions over documents plaintiff did not have and were completely irrelevant to a breach of contract.

86.   When Read Ambler egregiously sanctioned plaintiff and cited she was forbidden to provide testimony about being trafficked at the age of (15) fifteen which is the only reason she ended up in the defendants sex trafficking conspiracy and was abused for several years sexually, psychically and emotionally by Quinn Emanuels client. If a judge is so old he can not remember that he must remain ethical and act within the law he should be removed from the bench and the arbitration firm and put into retirement.

87.     After plaintiffs lawyers were bribed and tampered with by Quinn Emanuel plaintiff was left in Pro Per which was Quinn Emanuels goal from the time Diane Doolittle was first informed about the injuries to plaintiff.  Diane Doolittle  helped her client in the scheme to deprive plaintiff of a lawyers and then proceeded to deprive plaintiff of her right of a jury trial and thereafter deprived plaintiff of all of her human rights, civil rights and constitutional rights. Diane Doolittles words were to the effect of "her client would not be doing this but she would set plaintiffs lawyer up to look like a criminal.

88.     Quinn Emanuel Lawyers have acted with Supreme and absolute malice in regards to plaintiff for over 9 years. These are juris doctors who took oaths to cause no harm but have abdicated all oaths and regard for the law, the criminal and civil justice systems.

89.   Diane Doolittle has harmed other female victims with her malicious conduct by representing sex predators and violating plaintiffs rights and causing damage that can never me remedied. This must be frowned upon. Diane Doolittles excuse for her misconduct is she was the former sex crimes prosecutor.

90.     No victim of human trafficking could ever afford to compete with a billionaire in litigation QUINN EMANUEL URQUHART & SULLIVAN know this so they exploited plaintiff and are currently continuing to live off of the avails of her sex trafficking.

91.   Plaintiff at all times considers QUINN EMANUEL URQUHART & SULLIVAN her current traffickers due to the fact that they are enriching themselves illegally by exploiting the sex crimes committed against plaintiff and have been successful for 9 years in doing so with all of their stalking, obstruction of justice and delaying of judicial proceedings.

92.     After Quinn Emanuel and their client met with plaintiffs fourth set of lawyers secretly in Las Vegas unbeknownst to plaintiff the fourth set of Lawyers then abandoned plaintiff knowing she had just undergone major surgery for injuries caused by the distress of defendants investigators chasing

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

her through four countries and harassing everyone she knows at work at home at hospitals in front of small children and plaintiff fell causing irreparable harm to her body.

93.  Discovery referee Read Amber who was charging plaintiff $900.00 per hour for reviewing copious amounts of irrelevant discovery defendant issued to delay legal proceedings after enriching himself to the maximum he issued terminating sanctions while plaintiff was in pro per.  Plaintiffs own lawyer began threatening her with defamation if she ever spoke about what he stole from her attorney client trust account.

94.  Read Ambler a very elderly retired Judge from JAMS  then violated plaintiffs rights and stated he would not consider her Writ of mandamus and reverse his ruling because the expert witnesses and surgeons declarations that they typed themselves and signed were not on legal filing paper when the fact remains there is zero legal requirement for their declarations to be on legal filing paper.

95.  All of these lawyers and judges are out of bounds and exploiting plaintiff in the same way as her traffickers did with no regard for her human life and placing their greed and their bank accounts ahead of plaintiffs  life and again dehumanizing her. Allowing for sex predators to do anything they please as long as they can destroy evidence tamper with evidence and bribe plaintiffs lawyers so that evil Quinn Emanuel lawyers can toll fees from a sex predator while violating all of plaintiffs rights.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

96. Plaintiff has no option besides proceed to trial by jury in Pro Se as Quinn Emanuel have tampered with every lawyer plaintiff has hired in the last nine (9) years, tampered with witness, tampered with all parts of the litigation in the cases and to date still will not serve Plaintiff with pleadings, discovery, depositions in any of the cases in which she is the plaintiff or defendant.

97. The court states it must Hold plaintiff in Pro Se to the SAME standard as that of a lawyer but does not hold the mafia like Quinn Emanuel LAWYERS to the standard of a juris doctor and allows them to ruthlessly run roughshod over plaintiff, her friends, family, doctors, surgeons and anyone else that think may have spoken to plaintiff at any time in her life.

98. QUINN EMANUEL URQUHART & SULLIVAN  Advertise themselves as The "most feared law firm in the world" when in fact thy are operating as a mafia and breaking the law anywhere and everywhere possible. These lawyers all took oaths to do no harm yet cause irreparable harm everywhere possible with their criminal activity and their supreme and absolute malice which has noting to do with the practice of law and everything to do with the domination of the legal profession in America through misconduct, bribery, delaying proceedings in attempt to bankrupt their opponents and deny them the right of a fair trial by jury. This is an ongoing threat the the judicial process and the United States constitution and must be prevented from happening to any and all plaintiffs again. QUINN EMANUEL URQUHART & SULLIVAN are a bunch of criminal vulgarians.

99.      The Courts are available to all PEOPLE not Just the RICH, the GUILTY and the WHITE SUPREMACISTS. QUINN EMANUEL URQUHART & SULLIVAN purport that plaintiff has less rights than serial killers in prison. She has no right to safety on earth, peace, medical treatment, food, shelter, money, a home, a bank account, no right not to be stalked, no right not to be hacked, no right to protect herself, no right to have family or friends, no right to a trial by jury and no right to legal representation for if she does they will interfere in all of it. QUINN EMANUEL URQUHART & SULLIVAN has dehumanized plaintiff and caused her irreparable damage in actuality they have caused her more damage that the organized crime syndicate caused her.

100.   Diane Doolittle is an obscenely evil women who should be disbarred for all of her misconduct and for intentionally violating the rights of victims of sexual assault and victims of violating crime when she knows they have been harmed and she repeatedly does this to women far younger than herself under the guise that we have no rights because she was a former sex crimes prosecutor.

101.      The Attorney General states that plaintiff must make reports about these lawyers to the state bar however plaintiff has made reports over the years to the state bar and Diane Doolittle tampers with the state bar causing it not to function and has the reports removed because  lawyers that work at the state bar and evidently they are in a Quid Pro Quo relationship with QUINN EMANUEL URQUHART & SULLIVAN .

102.      Diane Doolittle began the vile destruction of plaintiffs life by conspiring with her serial rapist client to deprive plaintiff of her solo practitioner lawyer by stating she would set up the lawyer

as a criminal was aware that she was waiting an agreement to defraud the plait of the right to go to

trial as Jane doe because plaintiff could not file breach of contract as Jane Doe. At no time when

defendant and his lawyers were acting as plaintiffs legal counsel did they inform plaintiff that if she

extinguished her rights when she signed the personal injury settlement agreement that if the legally

binding contract was breached by defendant that she could not proceed to trial under a pseudonym

which is the right of all victims of sex crimes so they do not suffer further at the hands of the

perpetrator and other predators and can attempt to live some semblance of a normal life after trial.

QUINN EMANUEL URQUHART & SULLIVAN at all times knew this and acted with malice to

deprive plaintiff of her legal rights.

103.   Diane Doolittle and her client the owner of the sex trafficking conspiracy convinced plaintiff to

fire her lawyer alleging he was "stalking her. And that the "lawyer" was a criminal who would hurt

her.

104. The rapist a powerful man who has no license to practice law and his three major white shoe law

firms could represent her and have her enter into the personal injury settlement agreement that they

prepared multiple drafts of and forced plaintiff  to sign stating that it was in her best interest to

maintain safety, privacy and medical treatment.

105.   Plaintiff was repeatedly told  day after day that her lawyer was a criminal, that her lawyer was

stalking her that her lawyer would steal all of her money and she would be left without medical

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

treatment plaintiff out of fear for her life fired her lawyer at defendants specific instructions using the words he told her to use. The words were dictated to the defendant by Diane Doolittle.

106. Diane Doolittle knew all of this was happening and knew that plaintiff had no legal training and Diane Doolittle said she was helping plaintiff.

107. Plaintiff was told that the personal injury settlement agreement drafted by defendants lawyers inclusive of Diane Doolittle was a " unbreakable" legally binding agreement to be enforced by any judge in the land. And that the Judge would not have to know all of the exploitations of plaintiff to enforce that contract that defendant executed and promised on his children that he would not breach.

108. Defendant Pressured plaintiff everyday for almost 4 months up to 25 times per day via text, phone and email to sign the contract that his lawyers prepared.

109. Defendant destroyed all emails leading up to the agreement by deleting all emails from plaintiffs email accounts that he controlled. He colluded with Diane Doolittle in this destruction of evidence.

110. Defendant had already breached oral contracts to pay for plaintiffs medical treatment prior to forcing plaintiff to enter into the personal injury settlement agreement prepared by his army of lawyers.

Complaint for Racketeering, Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

111.   Plaintiff had no legal advice provided besides that of the rapist and sex trafficker and his lawyers mainly Diane Doolittle. Plaintiff endured multiple phone calls with Diane Doolittle where she was told she better listen to Diane Doolittle because she was the former sex crimes prosecutor and that if plaintiff went to trial Diane Doolittle would "shine a spotlight on her" Basically threatening that she would convince the jury that girls and women somehow deserve to be raped and mutilated and subsequently denied all rights.

112.   Quinn Emanuel through their illegal misconduct illegally accessed banking, phone and electronic documentation on their adversaries via bribery, hacking and other illegal means.

113. These perverted old men who were hired by the perverted old lawyers at QUINN EMANUEL URQUHART & SULLIVAN and hired by them remain in possession of child pornography of plaintiff and other images in which plaintiff is the sole owner.

114.   Diane Doolittle and the the army of lawyers at QUINN EMANUEL URQUHART & SULLIVAN intentionally caused more damage to plaintiff by selling images of plaintiff that are under protective orders signed by judges to the news.

115.   Quinn Emanuel lied to the news and paid reporters to print that Plaintiff is racist which was never true and completely baseless and is actual defamation.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Plaintiff does not claim she was "defamed" via the Facts in the legal proceeding but has the right to sue the media outlets for printing news articles that plaintiff is racist based on the ramblings of Diane Doolittle and her despot client. Plaintiff is not defamed by the legal proceeding but is stigmatized to the point where all persons continue to dehumanize plaintiff and have zero regard for the fact that she is a living breathing human with no rights since the age of 15. Whether she every had any rights as a child is for proof a trial and whether she was born to be subjected to trafficking is for proof at trial. Plaintiff herself is still investigating these facts.

116.   QUINN EMANUEL URQUHART & SULLIVAN lawyers are debased criminals monopolizing the legal profession in the United States with their criminal misconduct.

117.  QUINN EMANUEL URQUHART & SULLIVAN has caused infinite amount of damage to plaintiffs sibling and family by stalking them their children on private property approaching wife and young mother of plaintiffs siblings children when the children were present completing video surveillance on the children.

118. Investigators made numerous phone calls to home phone office phones cellular phones, and drove SUVS around on private properties. Causing all of them to live in fear that the children were in danger. Causing them to endure the stress that the only aunt of the children and only living sister of said sibling will be murdered. Causing said sibling to quit their job to attend to the danger that the family's left in.

119. There after QUINN EMANUEL URQUHART & SULLIVAN tampered with the Canadian judiciary to have fraudulently procured judgement used to freeze bank accounts in siblings name in which the funds belong solely to plaintiffs sibling who is a working class person who had no knowledge of Rapist Defendant or Quinn Emanuel prior to swaths of "private investigators" and media showing up at the home.

120.   QUINN EMANUEL URQUHART & SULLIVAN caused so much distress and damage to plaintiffs sibling plaintiff has not see her sibling or their children in over 5 years.

121.   Plaintiff was only moments away from the home when one set of investigators trespassed on the private property stalking the siblings young wife and small children. She thought they were there to kidnap the children.

122.    The siblings spouse had no former knowledge of anything that had terrible things that happened in plaintiffs life as they reside in different countries and plaintiff does not feel the need to speak about such events and traumatize others with such horrible memories.

123. The "investigators" knew the events would cause extreme distress to a young mother and would not leave the property when asked and counted to barrage her with information pertaining to the events that she could not have possibly been witness to as she was not part of the family when the events took place.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

She had only met plaintiff briefly on a couple of occasions as plaintiff was residing in another country.

124. Plaintiff was raised in a different home than the sibling for most years.

125.   QUINN EMANUEL URQUHART & SULLIVAN is the most malicious and dishonorable group of predatory lawyers anyone has ever heard of let alone had dealings with. That in clouds lawyers from other law firms all of which state categorically that all of what Diane Doolittle, Bruce Van Dalsem and the other lawyers have does is the most egregious legal misconduct and they have reviewed the evidence.

126. Diane Doolittle has made a career of preying upon and exploiting rape victims.

127.   QUINN EMANUEL URQUHART & SULLIVAN's misconduct sets a bad example for all lawyers in America and when they are allowed to obstruct justice in such an evil way it allows for ethical lawyers to believe that it is permissible and that they should follow suit.

128.     Quinn Emanuel are fully aware of their malicious misconduct after nine years of destroying plaintiffs life and health they still insist that plaintiff has zero human rights, civil rights, constitutional rights and that they will harm plaintiff in every way possible until the date of her death caused

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

completely by their malice, bad faith, obstruction of the judicial process, fraud, misrepresentation,

bribery, stalking and evil.

129.    Plaintiff will not agree that QUINN EMANUEL URQUHART & SULLIVAN can represent

Quinn Emanuel LLP in the instant case. Plaintiff will not agree to seal the instant case so that Quinn

Emanuel and their agents associates and employees can continue to covertly abuse ,exploit ,stalk and

and traffick plaintiff.

130.  Quinn Emanuel Lawyers have knowingly deprived plaintiff of all of her rights and legal

remedies and for over nine years. QUINN EMANUEL URQUHART & SULLIVAN have been

plaintiffs new Human traffickers for they have illegally earned millions of dollars further depriving

plaintiff of her most basic human  rights and freedom so that they could enrich themselves off of the

avails of plaintiffs life long abuse, slavery and sexual exploitation.

131.    Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"),  They must not be allowed to

represent any defendant in the instant case as they have a self-serving reason to do so in furtherance

of obstruction of justice The must be barred from representing any and all parties in this action. Jane

Doe respectfully requests that the Court disqualify Quinn Emanuel lawyers from representing

QUINN EMANUEL URQUHART & SULLIVAN LLP   .

132.   Quinn Emanuel lawyers have a monopoly on the legal profession and act at all times in regards to Plaintiff Jane  Doe with SUPREME and Absolute Malice. These criminals Quinn Emanuel lawyers must forever be barred from interfering on any way with Plaintiffs medical treatment and hiring men to stalk Plaintiff and unknowing third parties.

133. Jane Doe  HEREBY OBJECTS to QUINN EMANUEL URQUHART & SULLIVAN LLP They are both witnesses and defendants in the instant case. They are a mafia of unethical lawyers guilty on all counts of legal misconduct of the ENTH degree they have obstructed the judicial Process in regards to plaintiff for well over nine years.

134.   QUINN EMANUEL URQUHART & SULLIVAN  Continue to violate plaintiffs human rights, Civil rights, Constitutional rights.  QUINN EMANUEL URQUHART & SULLIVAN LLP and all lawyers associated with them working in collusion to force plaintiff to die Prematurely  have become her Human traffickers illegally profiting from plaintiffs sexual exploitation.

135.QUINN EMANUEL URQUHART & SULLIVAN  have participated in but not limited to

Fraudulently inducing plaintiff to to Fire her lawyer

Controlling Jams Referee Reed Ambler Plaintiff was Forced to pay $900.00 Per hour to act as discovery referee by the trial court Read Ambler was not a motion Judge,

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Conspiring with plaintiffs Lawyers

Bribing/Paying plaintiffs Lawyers to abandon Her case.

Tampering with and Threatening plaintiffs Doctors and Surgeons,

Paying Lawyers and Judges In Canada to Deprive plaintiff  of Her Rights in an improper jurisdiction,

Bribing third Party witnesses Lawyers

Suborning Perjury

Hiring and Instructing multiple men to stalk plaintiff

Stalking more than 60 third parties some of which had never heard of plaintiff

Convincing and paying witnesses to give false testimony.

Knowingly Soliciting witnesses that defendants were aware caused plaintiff great harm at different times in her life.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Inciting gang violence

Participating in the solicitation of plaintiffs murder.

Interfering in police investigations.

Participating in covering up the sex trafficking conspiracy.

Paying reporters to produce fake news articles.

Stalking and threatening the elderly.

Stalking  Cancer patients at hospitals and at home.

Stalking Single mothers with their children.

Instructing investigators to follow women in their cars

Harassing Homosexual males for the purpose of embarrassing them

Tampering with plaintiffs service dog.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Doing Video Surveillance on Small Children on private property.

Attempting to pay third parties lawyers to convince them to provide false testimony.

Quinn Emanuel Lawyer Bruce Van Delsum showing up on witness/teenage rape victims doorstep and paying/bribing her not to testify and to perjury herself in the affidavit he created.

Attempting To silence playoff and other victims for the purpose of helping their client to continue to operate his sex trafficking conspiracy and using it as a tax evasion scheme.

Fraudulently inducing judges.

Causing the court not to function.

Causing Law enforcement not to function.

Depriving plaintiff of right of legal representation.

Depriving plaintiff of her right of free speech.

Invalidating the United States Constitution.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Invalidating the Constitution of Canada.

Racketeering to enslaved plaintiff to her human trafficker by indebting her to him in an amount over fourteen million dollars where she can never earn enough if she worked 24 hours per day to pay the debt.

Racketeering to allow plaintiffs rapist and sex trafficker to stalk her under the guise of collecting monies that the plaintiff does not owe her rapist and trafficker.

Solidifying her traffickers ability to stalk her under the guise of collecting the money.

Knowing that their clients goal was to forever stalk plaintiff and the lawyers intentionally destroyed plaintiffs ability to live without stalking and harassment.  Through Racketeering  Quinn Emanuel had it fraudulently solidified into writing that their client can forever harass plaintiff and she must be silenced and oppressed so that he can legally stalk her.

Sending plaintiff fake  court hearing times and dates so plaintiff can not make oral arguments before judges nor defend herself and they can illegally obtain Judges signatures.

Suing Plaintiff for one hundred million dollars naming her a defendant and never serving her the pleadings, the discovery and denying her the right to cross examine witnesses.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Knowing they are in violation of over 100 laws continuing to exploit plaintiff and collecting millions per year in legal fees whilst causing plaintiff to die.

Violating plaintiffs Human rights

Violating plaintiffs Civil rights

Violating plaintiffs Constitutional rights

Invalidating the trafficking victims protection act.

137.  I can not afford to pay for filing  fees in the instant case or the the filing fees in the several other cases where my situation of human trafficking is being exploited for profit by dozens if not hundreds of lawyers from the largest law firms in the Unites States mainly QUINN EMANUEL URQUHART & SULLIVAN.

QUINN EMANUEL URQUHART & SULLIVAN  aware that plaintiff has to represent herself due to their attorney interference, bribery and misconduct. I have no money to pay filing fees but can pay for them after I win my trial by jury. I can not afford stamps or paper to mail documents pertaining to all of these lawsuits caused by this MALICIOUS CONSPIRACY so my E-Filing request must be approved by the court.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

138. The Judge must sign the fee waiver within five days of filing as they do in everyone else's case I have no money to pay for medical treatment or basic life necessities and no ability to pay filing fees. I can pay back the court for my fees after my trial as there are no facts to dispute EMANUEL URQUHART & SULLIVAN LLP and their lawyers associates agents and investigators are guilty on all counts.

The court will not accept your court documents without either the fees or the fee waiver forms. Fee waiver forms will not be accepted unless accompanied by other case documents. Within five days, the court will rule on your fee waiver request.

Sacramento County Public Law Library
https://saclaw.org › wp-content › uploads › sbs-fe... PDF ⋮
Fee Waiver - Sacramento County Public Law Library

139.   Plaintiff has no law degree and is in dire need of medical treatment which has been removed from her by the absolute abuse of legal process obstruction of justice and Abuse she has endured. She is denied Legal Aid And public Counsel because lawyers and the defendants.

140.    In furtherance of the abuse of process and obstruction of Justice  the " lawyers" at  QUINN EMANUEL URQUHART & SULLIVAN  refuse to serve a single pleading or notice to plaintiff although she makes several demands for service of the pleadings per week.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

141.   Plaintiff has made the courts aware of this denial of service to her when there are email service

orders signed by judges.  The courts remain complicit in QUINN EMANUEL URQUHART &

SULLIVANs obstruction of justice and exploitation of plaintiff.  Plaintiff has made the courts Court

that she is not being served legal pleadings, discovery, motions, hearing dates or anything related to at

least three cases where she is either the plaintiff or defendant.



142. Plaintiff is a witness plaintiff or defendant in multiple lawsuits caused by The malicious conspiracy created by the Mafia like QUINN EMANUEL URQUHART & SULLIVAN LLP.

143.   QUINN EMANUEL URQUHART & SULLIVAN LLP and their partners lawyers continue to attempt to obstruct the judicial process by having plaintiff held in contempt of court for submitting evidence in lawsuits and to law enforcement.

144.   Plaintiff always had the right to proceed to trial expeditiously she has already been victimized by the "Lawyers" from QUINN EMANUEL URQUHART & SULLIVAN in this since Feb 2014. It is Now June 2023.

145.   Plaintiff does not know how the Lawyers from Quinn Emanuel are obtaining Signatures from judges on the motions they file as she can not see any hearing dates nor can she see any nor can she see pleadings because they are not on pace  and she has no access to the Orange County superior court website as a credit card is required for non lawyers to download pleadings and the Lawyers demanded that playoff be derived of her right of all credit products from her banks so that she remains oppressed without financial means a home food or medical treatment for the damage and mutilation to her body by defendants.

146.   It is in evidence that QUINN EMANUEL URQUHART & SULLIVAN Believes that a separate set of laws and rules of the court apply to plaintiff then the laws that apply to the rest of humanity.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

147. Plaintiff must not be denied her rights under the constitution to have a trial by jury any longer the entire constitution of the Untied States would be come invalid if this abuse of process continues. The Constitution extends to all humans not only the RICH, The GUILTY, THE WHITE SUPREMACISTS and for those who the court deems worthy of a trial by Jury.

148.    All humans are equal in the eyes of the law whether they are slaves or not.

149.    Plaintiffs rights can not be invalidated by the misuse of the illegally procured "Gag Order" in the form of a restraining order when plaintiff is the one who was raped, trafficked and being stalked. Plaintiff has never owned and weapons does not carry any weapons.

150.    Litigation Privilege remains absolute or the court can not function.

151.    Reporting criminal activity to law enforcement is also protected.

152.    Plaintiff at no point is her life gave up her first amendment rights.

153.    Plaintiff has never trafficked any person, raped any person nor has she obstructed justice. The illegally procured restraining order is invalid as it was procured through extrinsic fraud upon the court. Quinn Emanuel Lawyers again acted with Malice and Served plaintiff only the pleadings they

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

felt like serving plaintiff and intentionally obstructed the Judicial process by Suddenly changing the date of the hearing and in addition providing Plaintiff with a fake Hearing time of 1:00 pm when they knew the hearing was set for 9:00 am and they did not provide plaintiff of the court room nor the Zoom information for the hearing. Subsequently Plaintiff could not make any oral arguments or defend herself.

154.   A true and correct copy of the court records are available on pacer and in the superior court system. Plaintiff has suffered Greatly at the abuse of process by   QUINN EMANUEL URQUHART & SULLIVAN LLP.

155.    In order For  plaintiff to survive, attempt to save her life and to have fair Access to the legal Systems.

156.     QUINN EMANUEL URQUHART & SULLIVAN LLP Must be barred from representing QUINN EMANUEL URQUHART & SULLIVAN LLP in the instant case. QUINN EMANUEL URQUHART & SULLIVAN and their agents and associates and investigators are the sole defendants in the instant case and can not represent a company and QUINN EMANUEL URQUHART & SULLIVAN LLP for all intents and purposes is a company with shareholders. They are being sued as individuals and as well as a corporation.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

157.   Many of the Defendants involved in the malicious conspiracy they are married to Judges and married to other lawyers and they have acted with SUPREME AND ABSOLUTE MALICE.

158.   They are Participants in this malicious conspiracy  Have Dehumanized plaintiff  in every possible way so that they can Profit from her circumstances of Slavery, Rape Abuse, Mutilation. QUINN EMANUEL URQUHART & SULLIVAN have done this through hundreds of Violations of the law.

159.    Quinn Emanuel are still obstructing Justice when they know they are guilty of Legal Misconduct, conspiracy, stalking and hundreds of Causes of action and Violations of the law in the instant case.

160.    Quinn Emanuel lawyers have acted in SUPREME ABSOLUTE MALICE and have obstructed justice on behalf of their client for over nine years they knowingly violated all of plaintiffs legal rights and deprived her of her legal remedies in addition to violating all of her of her human rights, civil rights, and constitutional rights. They have re-Victimized plaintiff and dehumanized plaintiff in every possible way they can find to do so.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

161.   These "lawyers" are debased and deranged criminals acting with a license to be officers of the court. Plaintiff has no idea why Diane Doolittle has such a vile interest in destroying plaintiffs life and causing her death.

162.   Diane Doolittle should have been grateful that she was enriched in any way by doing paperwork and earning any income off of the avails of plaintiff's sexual exploitation and human trafficking.

163. Yet Diane Doolittle Juris Doctor purports that plaintiff  has no right to medical treatment, no right to life, no right to not be raped, no right not to be stalked ,no right of free speech, no right to protect herself, no right of protection from law enforcement, no right of shelter, no right to have the freedoms and liberties that Diane Doolittle is afforded.

164.   Diane Doolittle is a female misogynist and a sorry excuse for a women. She knows that Victims of sex crimes have the right to proceed to trial for their injuries and that the words associated with the facts are not defamation nor are they barred form being set forth in pleading or stating in a court of law or to law enforcement the words pertains to the facts do not become salacious in nature because they involve genitalia and are of sexual nature. In fact it's much more difficult for a victim of a sex crime to speak about it because we are shamed and stigmatized than a victim of an assault that is not sexual in nature.

165.  Diane Doolittle knows that all facts and legal wording is protected under litigation privilege and that it is no different than bring a case for injuries to other parts of the body. The mere fact that sex crimes are highly personal in nature does not make them salacious or defamatory.

If I bring a case for the medical malpractice that took place when I was operated on for injuries that arose from the distress of being chased by the "investigators" The surgeon can not blame the facts in the case are defamatory just to have my case terminated.



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

165. Diane Doolittle and QUINN EMANUEL URQUHART & SULLIVAN utilize their right to send demand letters to defendants every day since the inception of their mafia like law firm. These "Lawyers" know that a demand letter for mediation is never extortion. Yet they have completely oppressed plaintiff and destroyed plaintiffs life on all levels making it impossible for her to sustain life.

166. Quinn Emanuel have perverter the course of justice with their baseless defamation and extortion propaganda that they know has zero legal basis.

176.   Any lawyer Judge or lay person  aware of the facts might reasonably entertain a doubt that theses malicious lawyers could conduct themselves within the law and what would be considered reasonable by society.

168.    They are one of the most powerful law firms in the country they have connections to the government and the judiciary. They must be disqualified from representing QUINN EMANUEL URQUHART & SULLIVAN LLP in the instant case for they will continue to obstruct Justice and plaintiff will forever lose her life and right to a trial by Jury.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



169.   QUINN EMANUEL URQUHART & SULLIVAN LLP will render the courts unable to function thru their constant abuse of the legal process. They would never be able to be able to act within the law nor with an honor or dignity.

Defendants have been made aware repeatedly that plaintiff has to represent herself because of their malice, oppression and attorney interference.

170.   Plaintiff maintains that she is not a lawyer has no legal training and can only figure out the law through reading the internet the library and reading all of the motions filed by QUINN EMANUEL URQUHART & SULLIVAN



71
Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

171.   Defendants QUINN EMANUEL URQUHART & SULLIVAN have been made aware that plaintiff is in dire need of medical treatment which has been removed from her by the absolute abuse of legal process, obstruction of justice and Abuse she has endured. Plaintiff is denied Legal Aid And public Counsel because of who the defendants are.

172.   It is in evidence that these "lawyers" believe that a separate set of laws and rules of the court apply to Jane Doe than the rest of humanity.

173.   Jane Doe must not be denied her rights under the constitution to have a trial by jury any longer or the entire constitution of the Untied States would be come invalid if this abuse of process continues.

174.   The Constitution extends to all humans not only the rich and the guilty the white supremacists and for those who the court feels deserve a trial by Jury. All humans are equal in the eyes of the law whether they are slaves or not.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2

3

4

5

6

7

8

9

10

11

12                            Rules California Rule of Professional Conduct

13

14

15   LEGAL STANDARD "The right to disqualify counsel is a discretionary exercise of the trial court's

16   inherent powers." Epikhin v. Game Insight N. Am., No. 14-CV-04383-LHK, 2015 WL 2229225, at

17   *3 (N.D. Cal. May 12, 2015) (citation omitted). Civil Local Rule 11-4(a)(1) mandates that every

18   attorney who appears before this Court "comply with the standards of professional conduct required

19

20   of members of the State Bar of California." Accordingly, this Court looks to California law to

21   determine whether counsel should be disqualified. Sunbeam Prods. Inc. v. Oliso, Inc., No. C

22   13-03577 SI, 2014 WL 892918, at *1 (N.D. Cal. Mar. 4, 2014). Under California law, an attorney

23   owes her client a duty of loyalty and a duty of confidentiality. Id. at *3. While courts are hesitant to

24

25   interfere with a client's right to counsel of its choice, the Supreme Court of California has

26   underscored that "[t]he important right to counsel of one's choice must yield to ethical considerations

27   that affect the fundamental principles of our judicial process" and "[t]he paramount concern must be

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

to preserve public trust in the scrupulous administration of justice and the integrity of the bar."

SpeeDee Oil, 20 Cal. 4th at 1145. "It is beyond dispute [that] a court may disqualify an attorney from

representing a client with interests adverse to those of a former client." H.F. Ahmanson & Co. v.

Salomon Bros., Inc., 229 Cal. App. 3d 1445, 1451 (Ct. App. 1991) (citations omitted).

"Disqualification in cases of successive representation," as here, "is based on the prohibition against

employment adverse to a former client where, by reason of the representation of the former client, the

attorney has obtained confidential information material to the employment." Id. (quotation marks,

brackets, and ellipses omitted); see Cal. R. Prof. Conduct 1.9 ("A lawyer who has formerly

represented a client in a matter shall not thereafter represent another person in . . . a substantially

related matter in which that person's interests are materially adverse to the interests of the former

client . . . ."). Disqualification is automatic if the former client does not consent, and "[t]he court does

not engage in a 'balancing of equities' between the former and current clients." H.F. Ahmanson, 229

Cal. App. 3d at 1451. "The rights and interests of the former client will prevail." Id. "If there is a

reasonable probability that confidences were disclosed which could be used against the client in later,

adverse representation, a substantial relation between the two cases is presumed," and

disqualification is warranted. Trone v. Smith, 621 F.2d 994, 998 (9th Cir. 1980) (emphases added). Of

course, actual possession of the former client's confidential information is sufficient to warrant

disqualification, but establishing actual possession is not required because "'it is not within the power

of the former client to prove what is in the mind of the attorney.'" Id. at 1453 (quoting Global Van

Lines, Inc. v. Super. Ct. of Orange Cnty., 144 Cal. App. 3d 483, 489 (Ct. App. 1983)). Rather, all that

is necessary is that "'a substantial relationship has been shown to exist between the former

representation and the current representation.'" Id. at 1454 (quoting Johnson v. Superior Court, 159

Cal. App. 3d 573, 578 (Ct. App. 1984)). Whether the facts or legal questions are similar depend on whether they are "material." Jessen v. Hartford Cas. Ins. Co., 111 Cal App. 4th Case 3:18-cv-07440-JCS Document 30 Filed 02/15/19 Page 15 of 30 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 11 DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP – CASE NO. 3:18-CV-07440-JCS Gibson, Dunn & Crutcher LLP 698, 713 (Ct. App. 2003). For information to be material, "it must be found to be directly at issue in, or have some critical importance to, the second representation." Farris v. Fireman's Fund Ins. Co., 119 Cal. App. 4th 671, 680 (Ct. App. 2004) (emphasis added). The presumption that an attorney has access to privileged and confidential matters relevant to a subsequent representation extends the attorney's disqualification vicariously to the attorney's entire firm. SpeeDee Oil, 20 Cal. 4th at 1146; see also Trone, 621 F.2d at 999 ("Once the attorney is found to be disqualified, both the attorney and the attorney's firm are disqualified from suing the former client."); Employers Ins. of Wausau v. Albert D. Seeno Const. Co., 692 F. Supp. 1150, 1164 (N.D. Cal. 1988) ("[B]ecause as a rule an attorney is presumed to have the same knowledge and ethical relationships as all the other attorneys in his firm, if one attorney in a firm is disqualified from a representation, all the attorneys in the firm are."); Flatt, 9 Cal. 4th at 283 ("'If a substantial relationship is established, the discussion should ordinarily end. The rights and interest of the former client will prevail. Conflict would be presumed; disqualification will be ordered.'") (citation omitted).

175. There are no facts to dispute Quinn Emanuel is guilty on all counts in the complaint their are guilty of Obstruction of Justice criminal mis conduct and must Be disqualified from representing any party in the Instant case so that Jane Doe can have a fair trial and attempt to gain her freedom and save her life.

176.          Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Must be disqualified from the instant case as they are Guilty on all counts as evidenced in the court records in all cases where Plaintiff Jane Doe is either a Plaintiff or Defendant. In the Name of Justice they must be Disqualified From representing any defendant in the instant case. Because of all of their misconduct fraud criminal activity mafia like business practices exploitation and absolute and supreme malice and disregards for plaintiffs life. They know that they have illegal purchases pornographic photos of plaintiff that plaintiff did not give upon the copyright to nor did she have knowledge that anyone possessed the images or intended to sell them to her trafficker and rapist and his agents lawyers and associates inclusive of head of security or right hands man.

177.          Quinn Emanuel are in possession of images taken of plaintiff as a minor in sates of undress which at all times is to be considered child pornography which they have refused to destroy and continue to look at and distribute causing plaintiff further damage.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

178.     Plaintiff prays the court will grant her relief from this mafia of vexatious, vindictive, psychotic, predatory lawyers who have total disregard for her human life and that of all the people whom they have causes to suffer through their relentless harassment and stalking only so that they can enrich themselves and toll 1200.00 per hour each in legal fees when they know their client is a despicable rapist and sex trafficker.

In addition their "investigators" are paid 595.00 USD per hour each for stalking plaintiff.



Comp

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

No VOI

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

179.    The stalking by QUINN EMANUEL URQUHART & SULLIVAN lead to the shattering of plaintiffs bones and further denials of health care insurance which she had already been denied biassed on the pre existing medical conditions caused by the rapist. So plaintiff can not pay for surgery. Knowing these facts Quinn Emanuel demanded all plaintiffs bank accounts be frozen and emptied and that she be denied access to credit to pay for surgery.

180.    The "lawyers" know that litigation privilege is absolute they know that demand letters for mediation are not extortion and that their firm sends out legal demand letters very day on behalf of their clients they also know that they intentionally harmed plaintiff to enrich themselves.
 Depriving plaintiff of a lawyer, bribed her lawyers to abandon her case, conspired with her former lawyers and are further obstructing justice and exploiting plaintiff by naming her a defendant and witness in cases and not serving her pleadings or allowing her to participate in the discovery or the cross-examination process so that she will be further enslaved by owing $100 million dollars to predatory lawyers because of Diane Doolittle's malice and failure to proceed to mediation with her serial rapist client 9 years ago.

181.    The facts remain that every Judge and every lawyer plaintiff has spoken to in the country knows Diane Doolittle is guilty of every type of legal mal-practice and alleges and should never practice law again because her actions have lead to irreparable physical and emotional damage to a plaintiff. Diane            Doolittle  knew had a plaintiff had the legal right to proceed to trial for her damages from the moment Diane Doolittle was informed of the damages and retained by her client to represent him in the pending litigation.

182.   Nine (9) years later Diane Doolittle, Bruce Van Dalsem, Kyle Batter John Quinn  and QUINN EMANUEL URQUHART & SULLIVAN as a whole still purport that plaintiff has no right to a trial in any country on earth has no right to speak the truth or provide evidence in a court of law in any jurisdiction and that communications with law enforcement and lawyers and the court are defamatory and they know that they are obstructing justice and violating the US constitution in doing this.

183.   Diane Doolittle should never be allowed to asked to the Bench as a judge because she has zero regard for the law and is intent on destroying the lives of girls and women who are victims of violent crime so that she can enrich herself.

184.   Plaintiff  never forfeited her right to a trial by jury in The united sites or any other country on earth where she was trafficked.  Plaintiff would like to know why she is not a human being in the eyes of the law. Since I was 15 years old, I have lived with no rights. I really have no rights in the eyes of the law and nobody has provided me with any reasonable explanation as to why not. Violating my rights to a trial by jury is an invalidation of the United States Constitution. The court can not just decide who can and can't be afforded a trial

 This obstruction of justice could happen to any person, not just me because I am a trafficked person. Women are going to trial because a man brushed up against them at work and that was sexual

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

harassment I am going to die without medical treatment for the mutilation of my body by defendants Plaintiff  has a legal right to sue in all countries where I was trafficked, including The United States, Canada, England, The Virgin Islands, China, Puerto Rico and others.

Plaintiff must not silence me for the rest of her life about what happened. No matter who  plaintiff sues, the facts are the same. If I sue the surgeon for mal-practice causing the metal poisoning the facts are the same.

How did I shatter the bone? Because The "investigators" were chasing me relentlessly. Why don't I have medical insurance ? Because I was trafficked and raped by Quinn Emanuels Client which lead to my being denied health care insurance based on the Pre existing  conditions of Rape, disease and Post Traumatic stress disorder.

There is a 100 million dollar lawsuit where I am the defendant and not being served a single pleading in Orange County. All of the facts remain the same in the Orange County Case. I was trafficked, raped and mutilated and the Quinn Emanuel Mafia of lawyers forced me to fire my lawyer and enter into the personal injury settlement agreement with not legal advice other that what the defendants lawyers gave me.

If I sue the strip clubs and the owners,  model studios and the owners where I was trafficked that includes an organized crime syndicate which I was never planning on speaking about for the duration

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

of my life because I am as good as dead if I speak the truth. I was forced to name them and they found me and all I can do is hide.

The mafia of lawyers instead of sending their "investigators" onto the properties of gang members for no valid reason other than inciting violence. In suing those parties the facts remain the same and the customers of my trafficking as a minor remain the same and the defendant in these California actions are included so it does not matter whom I sue for causing me these injuries the facts are the same there is no way to keep what happened to me a secret of I want to survive.

I am sorry to be such a burden on everyone but I intend to gain my freedom and become emancipated. I am sorry that everyone thinks they are more of a human than I am and that only they have the right to the court and law enforcement.

I am allowed under the Constitution of the United States To Sue Quinn Emanuel for everything that they are still doing to me.

I am not suing for 42 U.S. Code § 1983 - Civil action for deprivation of rights

The only Defendants in this Case Are QUINN EMANUEL URQUHART & SULLIVAN LLP DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,  ALL OF THE OTHER QUINN EMANUEL LAWYERS THAT HAVE ABUSED PLAINTIFFS LIFE THE

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

INVESTIGATORS HIRED BY QUINN EMANUEL TO STALK AND HACK PLAINTIFF.  I AM SUING THEM FOR RACKETEERING AND THE OTHER CAUSES OF ACTION LISTED THEY ARE GUILTY ON ALL COUNTS.

185. Quinn Emanuel must forever be barred for tampering with and violating plaintiffs  human existence for their heinous violations of justice have lead to plaintiffs immense pain suffering, homelessness, endangerment, solicitations for her murder, the complete breakdown of her health, Plaintiff has endured over 9 years of suffering at the hands of Quinn Emanuel lawyers and their perversion of the course of justice.

186.   Plaintiff can never be restored to her original condition plaintiff has been stalked relentlessly by Quinn Emanuels agents. Quinn Emanuel maliciously insisted that they must contact every person whom ever abused and exploited plaintiff knowing it was irrelevant to injuries caused by their client and the relevance of the legally enforceable personal injury settlement agreement in which they wrote. They did this only to cause plaintiff remains in extreme danger and distress knowing they and their client were guilty of defrauding plaintiff of legal representation when she entered into their contract.

187.   Plaintiff has the right to a trial by jury for all alleged damages just as any other human being for Quinn Emanuel are mere lawyers not the makers of the law nor the founding fathers and the constitution of the United States which they seek to violate and abolish for their selfish greed.

188. Diane Doolittle complains that plaintiff brings two few causes of action. Now plaintiff brings causes of action before the court for all of Quinn Emanuels bad faith, racketeering, malice, fraud, evil and mafia like unfair business dealings.

189. Quinn Emanuel have been allowed to maliciously persecute the innocent who speak out about this profound abuse for so long it has become common practice for them as they now believe they can get away with this nefarious conduct.

190.  This must end now. Plaintiff has been left with no means to seek medical treatment for her injuries, plaintiff is being stalked by multiple men hired by defendants, Plaintiff will die with out the surgeries required to save her life, plaintiff has been forced into homelessness and grave danger due to defendants perversion of the course of justice in multiple jurisdictions.

191. QUINN EMANUEL URQUHART & SULLIVAN do not dare to sue the victims for defamation but merely participate in criminal activity and persecute the victims for speaking about the sex traffic conspiracy. QUINN EMANUEL URQUHART & SULLIVAN have acted with total disregard for everyones life and livelihood and will continue to do so as long as the judiciary allows them to do so

192. QUINN EMANUEL URQUHART & SULLIVAN   lie to law enforcement about the crimes committed and to bribe and media to lie about the truth misleading society about the sex predator who roams among them.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

193. What QUINN EMANUEL URQUHART & SULLIVAN  have managed to do by obstructing justice is procure an illegal victory over plaintiff and have created new case law to be referred to be all assailments of sex crimes to to evade the judicial system by simply making false claims of defamation to prevent plaintiffs from speaking about the crimes committed against them.

194.     There is no legal basis for depriving a person a right to trial because the defendants will be "defamed".  To do so invalidates the United States Constitution and the Trafficking Victims protection Act

195.     To even allege that plaintiff can not have a trial being a rape victim and victim of child sex trafficking because the words rape, pedophile, sodomy and child pornography are "salacious" and the rapist and traffickers could be "defamed" if I proceed to trial is a violation the Trafficking Victims Protection Act and a violation of The United States Constitution. The words set forth in plaintiffs pleadings are the very same words/language used by lawyers for the US government in instances of rape and human trafficking.

Plaintiff has not used any "salacious" words. The words are in the english dictionary are covered in the TVPA and are not slang nor are the profane words. All words stated by plaintiff are facts covered by litigation privilege. True facts based on evidence put before the court is at all times is protected by the absolutes of litigation privilege.  All of the lawyers , Judges and the court know and are aware that litigation privilege is absolute and to not allow plaintiff  to speak the truth in a court of law and to submit evidence to law enforcement is a violation of her Constitutional rights, her first Amendment rights, her human rights and her civil rights and to state anything to the contrary is a very dangerous

situation for all of the people who are American or live in America because it perverts the course of justice and we all risk the loss of our constitutional rights. For your reference review the words put forth by US prosecutors

The People of New York vs. Harvey Weinstein,  United States v. Jeffrey Epstein, 19 Cr. 490 (RMB)

United States v. Kelly, 1:19-cr-00567 18-1512 - USA v. William Cosby

196.    Plaintiff is allowed to sue all people involved in her slavery under the laws of every country she was trafficked in Inclusive of  but not limited to Canada, The United States of America, Japan, China, Puerto Rico, The Virgin Islands and other countries. The trafficking victims protection act allows for plaintiff to sue all people who participated in her human trafficking and sue all of their companies as well as all bars hotels and buildings they trafficked her to for premises liability. The law sets this forth clearly.

197.    Plaintiff always had the legal right to bring a case against the rapist and owner of the sex trafficking conspiracy in Canada, The United States and England it was the defendants in the instant case who choose a jurisdiction in California that where the plaintiff never lived.

198.    Defendants choose the  jurisdiction for my breach of contract case and they wrote it in the Legally binding settlement agreement which they forced me to sign so that they could use it to hurt me and exploit me in every way possible.

199.    After nine years of QUINN EMANUEL URQUHART & SULLIVANs obstruction of Justice and  litigation I still have not had a trial of any type the defendants continue to violate my human rights, civil rights and constitutional rights after that took oaths to do not harm as Juris Doctors.

200.    This is not just an issue for myself, violating my rights and preventing me from having a fair trial by jury sets a precedent for all peoples rights to be violated by invalidating the Constitution and violating every rape victims, trafficking victims and child molestation victims from preceding to trial as the facts and the pleadings would be deemed "salacious" and "defamatory" because this group of lawyers and judges and a notorious sex trafficker have obstructed the course of justice and are exerting that the facts of the case are "defamatory" so I can not proceed to trial this would become case law in which every sex predator will use to prevent victims of sex crimes from proceeding to trial.

201.    All of the words used in this litigation are in the Dictionary and do not constituted defamation the are the facts in the cases of al victims of sex crimes. The rules of law do not differ from case to case

202.    Exhibited here are the dictionary definitions of the words that  QUINN EMANUEL URQUHART & SULLIVAN lie and say are "salacious" words that can not be stated in a court of law.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

203.      These are the same words used to define the crimes by the prosecutors for the US government on behalf of the people. See list of Dictionary definitions below:

Pervert :alter (something) from its original course, meaning, or state to a distortion or corruption of what was first intended.

"he was charged with conspiring to pervert the course of justice"

Pervert a person whose sexual behavior is regarded as abnormal and unacceptable.

Rape :"The penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim."

Sodomize or sodomise (ˈsɒdəˌmaɪz ) verb. (transitive) to be the active partner in anal intercourse. or sodomise (ˈsɒdəˌmaɪz ) verb. (transitive) to be the active partner in anal intercourse.

Sodomy : anal sex, especially between men.

Law. any sexual contact other than heterosexual vaginal intercourse.

any sexual contact that is stigmatized as unnatural or immoral.

adjective

Law. of or relating to any sexual contact other than heterosexual vaginal intercourse.

Injurious: causing or likely to cause damage or harm.

Sex Trafficking

Sex trafficking is human trafficking for the purpose of sexual exploitation. It has been called a form of modern slavery because of the way victims are forced into sexual acts non-consensually, in a form of sexual slavery.[1] Perpetrators of the crime are called sex traffickers or pimps—people who manipulate victims to engage in various forms of commercial sex with paying customers. Sex traffickers use force, fraud, and coercion as they recruit, transport, and provide their victims as prostitutes.[2] Sometimes victims are brought into a situation of dependency on their trafficker(s), financially or emotionally.[3] Every aspect of sex trafficking is considered a crime, from acquisition to transportation and exploitation of victims.[1] This includes any sexual exploitation of adults or minors, including child sex tourism (CST) and domestic minor sex trafficking (DMST).[3]

Pedophile: a person who is sexually attracted to children.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Salacious: having or conveying undue or inappropriate interest in sexual matters.

Corruption: dishonest or fraudulent conduct by those in power, typically involving bribery.

PSYCHOPATH=



Signs of
PSYCHOPATHY

inability to distinguish right and wrong

lack of empathy and remorse

behavior that conflicts with social norms

manipulating and/or hurting others

disregard for safety and responsibility

Antisocial personality disorder There is no cure.

behavior that conflicts with social norms

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

disregarding or violating the rights of others

inability to distinguish between right and wrong

difficulty with showing remorse or empathy

tendency to lie often

manipulating and hurting others

recurring problems with the law

general disregard toward safety and responsibility

expressing anger and arrogance on a regular basis

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud



Hacking: the gaining of unauthorized access to data in a system or computer.   the gaining of unauthorized access to data in a system or computer.

STALKING: pursue or approach stealthily.\

2. harass or persecute (someone) with unwanted and obsessive attention.

"for five years she was stalked by a man who would taunt and threaten her"criminal harassment, more commonly known as stalking, as "behavior including repeatedly following, communicating with or watching over one's dwelling home. This sort of behavior is against the law.

Victims of stalking experience a number of disruptive psychological consequences of stalking, including significant fear and safety concerns, as well as symptoms of depression, anxiety and post traumatic stress disorder (2). Most stalking victims do not seek mental health services (2).The term "stalking" means engaging in a course of conduct directed at a specific person that would cause a reasonable person to fear for his or her safety or the safety of others or suffer substantial emotional distress.

204.      Plaintiff will lose her life if she does not have a fair trial. The courts are equally afforded to all people not just the white supremacists in this case and the rich and guilty.

205.   Plaintiff is willing to not sue the judges for violating my rights while acting under the color of the law if they stop violating my rights now and allow me to  proceed to trial by jury.

206. JURISDICTION court which is the proper jurisdiction as most of the events took place in this jurisdiction and the defendants cross state lines and international borders and the amount in dispute is over $75,000

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

207. Complaining that plaintiff brings too many causes of action in a different action against the rapist and trafficker has no legal foundation. There is no such rule of too many causes of action. These are all valid causes of action and these are all laws violated by EMANUEL URQUHART & SULLIVAN LLP.

208.   Plaintiff has a valid expectation that all people involved in plaintiffs litigation going forward will remain HONORABLE at all times.

209.   I don't expect that any lawyer involved in this litigation "like" me as a person but they are expected to use the same decorum that I am expected to exhibit and to treat me as a human being. This is what the law states and to do anything other than what the law states is an abuse of power and invalidates the United States Constitution.

210. "Lawyer" Diane Doolittle complains constantly that my one cause of action for breach of contract was too few.

211.   Because Diane Doolittle wanted to toll more fees on more causes of action when her clients instructions for me were to file a simple breach of contract if he violated the terms that he and his lawyers put into the unbreakable contract to be enforced by any and all judges in the land. EMANUEL URQUHART & SULLIVAN LLP and their client who were acting as my attorney never explained to me jurisdiction.

| | | |
|---|---|---|
| 05/23/14 | 646 | Right now I am not trying to accelerate your stress, I'm trying to make it go to zero. Do you understand that by having a signed settlement agreement in your hand you are in a much more powerful position no matter what happens?? In the 99.99% probability that everything goes exactly as the agreement says, you're done worrying about this forever. In the 0.01% chance that it does not, then you are in very powerful and simple position to say that I have a valid legal contract that            broke, and I want it enforced. It would be extremely straightforward and hard to argue with. The judge would t need to know or care about the details of the case, only that one side broke a valid agreement.            I know you worry about every possible scenario, but having a signed document in hand to begin with is your most powerful insurance to protect you. Please, I'm leaving the office and heading in that direction now with the documents. Tell me what you want to request (notary only, notary plus witnesses, different location, whatever). |

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

| | | |
|---|---|---|
| 05/23/14 | 64: | I could get conked on the head next month or you could get amnesia again and either of us could make a crazy decision for whatever reason. But the fact would remain that we have a legally binding contract. |
| 05/23/14 | 643 | I'm not saying there is zero probability of you or I violating the agreement. I know in my head there is zero probability I will violate my side, and I know in your head there is zero probability of violating the agreement on your side. And, we can use all the power of courts or lawsuits or whatever to enforce the very low probability case that one of us violates it, but we each have ZERO motivation to ever violate it, given the severe consequences. |
| 05/23/14 | 643 | we could go on for hours and hours and get nowhere. The reslity is that you have a record breaking settlement agreement with all that you asked for, with all reasonable measures of enforceability and non disclosure, ready to be locked in place forever within the hour. We can rehash every second of past pain for hours and hours, and all it will do is to make the chances of us ever getting an agreement that looks anything like this, with anywhere close to the minimal risk of exposure we're taking by getting it done today. If you want witnesses today let's use witnesses. If you don't, let's not. And we can do it wherever you want. Ok? |

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

| Diane | 12/19/14 | 3 | 1)Can you please clarify with your client what his goals are ? 2) please inform me of what those goals are. It is very difficult for me to make any decisions when I do not have clarification on what the problem is. Your client decided that under no circumstances should I have an attorney. He decided that he would be my attorney and that going to mediation was a horrible idea. He himself with the use of another team of attorneys wrote the agreement. He insisted that I throw out my phone and my computer and leave my residence and close my bank accounts. Shred up every piece of information about my life. He insists that the attorneys are stalking me. He insists that he needs to maintain contact with me for my entire life so I asked him to put the no further contact clause into the agreement. He agreed to seek therapy for his problems and now refuses. He contacts me whenever he feels like it to incessantly bother me about all of his problems. My response is always the same. Why aren't you in therapy. Speaking to this person is traumatizing. His continued presence in my life is unwarranted and distressing. I understand that as his attorney all of this puts you in an uncomfortable situation. This puts me in an extremely uncomfortable situation. I feel unsafe at this point and would like this to be resolved on all levels. Can you and your client work this out and inform me of what his intentions are. |
|---|---|---|---|

214. Correct copies of text messages sent to me by Diane Doolittle and her client convincing me that the agreement prepared by Diane Doolittle and Quinn Emanuel Urquart & Sullivan had to be enforced by all judges after they induced me to fire my lawyer and acted as my legal counsel.

213. Plaintiff signed an agreement created by Quinn Emanuel her true grievance at that time was Only With the sex trafficker and rapist however the Law and the Trafficking Victims Protection act

allows for plaintiff to sue any and all of his companies and plaintiff can sue all venues and buildings in which he trafficked me for premises liability. Because Of QUINN EMANUEL URQUHART & SULLIVAN LLP and their racketeering Diane Doolittle, John Quinn, Bruce Van Dalsem and Kyle Batters mis conduct stalking and 9 years of causing grievous injury to plaintiff they have become her new human traffickers and she has the legal right to sue them for damages and to prevent further harm to plaintiff and everyone else they have harmed.

214.    Plaintiff exerts that all of what happened to her since Feb 2014 is due to Quinn EMANUEL URQUHART & SULLIVAN LLP 's criminal mafia like activity. They knew all the while that their client was guilty and they perverted the course of justice depriving plaintiff of legal counsel, causing plaintiff irreparable bodily injury and continuing to stalk plaintiff and obstruct justice violating all of plaintiffs Human rights, civil rights and constitutional rights in more than one country.

215. The" lawyers" Quinn EMANUEL URQUHART & SULLIVAN LLP are guilty of racketeering , different causes of action and Violations of the Law.

216.    Quinn Emanuel has stalked and caused distress to multiple third parties whom all have the right to sue Quinn Emanuel for their deleterious activity under the guise of litigation. There are zero laws that allow for lawyers to stalk and threaten parties of lawsuits or their friends, family members or colleagues. Additionally Quinn EMANUEL URQUHART & SULLIVAN LLP have victimized

and caused distress to a great many people inclusive of my Sibling whose Bank accounts they have illegally frozen through their illegal procurement of official signatures when plaintiff was not mentally or physically fit to represent herself after surgery.

217. Plaintiff was ordered to bed rest after major surgery she was experiencing seizures, she was taking over a dozen prescribed medications to prevent her body from shutting down, she had no lawyer because of QUINN EMANUEL URQUHART & SULLIVAN LLPs attorney interference and bribery of plaintiffs counsel.

218.  Quinn EMANUEL URQUHART & SULLIVAN LLP have zero regard for the law or for human life. They would not agree to continue the trial until plaintiff was deemed medically fit to represent herself and they made sure that the Judiciary denied plaintiffs motion to continue the trial until she was medically fit to represent herself or retain uncorrupted counsel.

219.   Quinn EMANUEL URQUHART & SULLIVAN LLP bribed multiple sets of plaintiffs counsel to abandon her so they could overtake plaintiff and "prevail at trial" by not having plaintiff in court to submit evidence, testify, object or cross examine the perjury of the defendant and the perjury of the fake witnesses.

220.    The" lawyers" proceeded with the FAKE trial after the court improperly  denied plaintiffs right to continue the trial based on the dire medical crises plaintiff was in and had no lawyer and

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

could not legally testify in court under the influence of medication nor in the extreme pain and duress of pending seizures.

221.   Plaintiff would have been barred from giving testimony at trial let alone trying a case by herself in such condition.  Plaintiff  nor counsel for plaintiff  in attendance meant EMANUEL URQUHART & SULLIVAN LLP who have acted at all times with zero legal ethics  could suborn perjury and play Hollywood films as if they are evidence to the events.

222.   Read Ambler of Jams  referee paid $900.00 per hour by plaintiff was improper for issuing terminating sanctions and in addition refusing to review plaintiffs writ of mandamus because " the surgeons and Psychoanalyst experts  declarations were not typed on legal filing paper".

223. This is ABSOLUTE and SUPREME MALICE and total disregard for the law and plaintiffs rights.

224.   Defendants repeatedly continued trial dates for frivolous matters like Diane Doolittle "forgot" when spring break was. Yet plaintiff was not afforded a continuance for extreme medical issues after major surgery.



CEDARS-SINAI®
KERLAN-JOBE INSTITUTE

1700 E CESAR CHAVEZ AVE STE 1400
LOS ANGELES CA 90033-2467
Phone: 323-307-8913
Fax: 323-881-8644

4/21/2023

Patient:
MR Number:
Date of Birth
Age

To whom it may concern:

The purpose of this letter is to confirm that ████████ is under my care for an orthopaedic condition.

I, John Itamura  and my team, operated on ████████ July 2, 2019.  I had to personally create a surgery for her since she has an tungsten metal allergy to the tungsten metal that had been placed in her left distal humerus from her previous surgery in August 2017.  I was not part of her for surgery.  Unfortunately, the Canadian surgeon had placed metal that she has a severe allergy to into her body.  They had broken 2 drill bits and a screw that were left in the medullary canal.  Her arm remained fractured and had a nonunion where her fracture did not heal, which resulted in her hardware breaking.  She experienced avascular necrosis of the bone and bone loss.  This has left her in excruciating pain on a day-to-day basis, sleeplessness, ulnar nerve dysfunction, tremors in her arm, numbness in her extremities, unable to drive due to the fragile nature of her arm, experiencing cognitive issues.  She has also experienced many cognitive and physical symptoms due to the metal toxicity such as blinding headaches, swelling, malaise, confusion, severe fevers (100.4 degrees), emotional disturbances, dizziness, reoccurring infections, inflammations, constant vomiting, gastrointestinal pain and bloating, blurred vision, burning with urination, weight loss, palpitations, cognitive and memory problems.  This has taken a severe toll on her immune system.  In addition, she now has seizures for the past year, severe diaphoresis, dehydration, constant dizziness, chest pain, and pressure which may be pulmonary edema.  She continues suffer from anemia no matter how much iron is ingested.  She was taking multiple medications to affect her memory and cognitive function, which have left her mainly bedridden and unable to perform day-to-day activities.  These medicines have also affected her cognition.  She is no longer taking any medications because of side effects. She takes several supplements and attempt to boost her system.  Due to the seriousness of her medical condition, she had no choice to address the serious health issues, otherwise she could suffer further damage, up to and including amputation.

After seeking out the assistance of over 20 specialists, she finally presented to my clinic. Until this point she had not been diagnosed with a metal allergy, which after testing was donewas positive.  To this point, no other specialist had determine why her bone had not healed.  After the surgery I performed on July 2, 2019, at which the bone was still in

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**CEDARS-SINAI**
**KERLAN-JOBE INSTITUTE**



the state of complete nonunion, after she was told more than 18 months prior that the bone was healed. She has presented at my office in multiple occasions for follow-up.

I advised her to be on bedrest due to the high risk of potential infection. The operative note has been attached which shows its complexity. The surgery included a bone marrow aspirate from her hip to help the fracture heal. This case is one of the most complex cases I have treated. She had a nonunion for almost 2 years prior to arriving to my clinic in which she had injured the pain from her initial injury and unsuccessful surgery. After the surgery ▮▮▮▮▮▮ suffered complications. She sustained an almost 2-week long fever which was treated with antibiotics prescribed by me. As of April 2023 she is experiencing fevers that continues for several days or weeks. The symptoms at this time are almost constant.

She is still experiencing the effects of metal toxicity due to the screws remaining that were unable to be extracted without splitting her distal humerus in half. The damage in her left arm is permanent and the damage from the metal toxicity is as well. She is still in the process of resolving the issues of the metal toxicity under direct guidance from her medical doctors ▮▮▮▮▮▮ is being denied health insurance based on her pre-existing conditions two of them being her arm injuries and metallosis. She has to pay cash only for her medical care which limits her access to healthcare since many facilities do not accept cash only patients. In the dozens of surgeons she has met with and being referred to, myself and my team are the only team willing to perform this high risk surgery and try to prevent further damage to her health and possible death. It is extremely rare that any surgeon would leave tungsten drill bits in the patient and not disclose it, removed the surgical record and subsequently state the bone was healed, and send the patient to physical therapy knowing the bone has not healed, deny patient a CAT scan, and state that tungsten is no different than stainless steel.

She is very ill and needs surgery as soon as possible. My team is prepared to operate. I do not advise that it is acceptable that the same surgeon who caused profound damage with operating her again even if supervised.

There is very little research on the effects of tungsten; however, we have attached some research from the UK for your review.

I can be contacted in my office in Los Angeles.

I, John Itamura, MD, and a graduate of USC school of medicine, Los Angeles County plus USC Medical Center internship and residency orthopedic surgery, WB Carol Memorial clinic fellowship in shoulder and elbow surgery, and Massachusetts General Hospital fellowship in hand and upper extremity AO international. I have been in practice for 28 years specializing in shoulder and elbow orthopedic surgery. I am the director of Kerlan-Jobe adult shoulder and elbow reconstruction fellowship.


Sincerely,


John Minoru Itamura, MD

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

225.      EMANUEL URQUHART & SULLIVAN LLP intentionally  harassed people involved with an international organized crime syndicate who abused, exploited and trafficked plaintiff. Quinn Emanuel  lawyers are so evil and debased that they had to go inciting the gang to kill me or silence me through threats of violence. Plaintiff can never again find safety on earth.

226.    All of these so-called "salacious" words are not slang but correct terminology and the very same words used by The attorneys for the US government bringing criminal cases against traffickers on behalf of the people of the United States.

227.   I can not think of a worse way to re-victimize any human than by telling them that they can never speak to a doctor about where their injuries came from or silencing a person through the misuse of a gag order procured by extrinsic fraud on the court.

228.   America Is not a communist nation. But yet plaintiff  is treated with fewer rights than people under living under communist regimes and dictatorships.

229. Quinn EMANUEL URQUHART & SULLIVAN LLP alleges I should be silenced about the truth but Diane Doolittle should advertise what she did to me to gain more clients and earn more money at the to exploit more rape victims.

230.   Diane Doolittle should silence me forever but she should be able to lie to the media and ask them to print total and complete mis truths that I am a racist. I have never discriminated against any person of any nationality. I serve every type of person through my volunteer work and I have friends from all walks of life and was born of extremely mixed heritage.

231. Diane Doolittle is a clinical psychopath.

232.    Plaintiffs only hope of survival is to proceed to trial as it stands the judge has signed my death certificate as I need immediate medical intervention and the Judges have denied me a trial of any kind and signed a judgement that enslaves me for the remainder of my life to a man who trafficked me and raped me and continues to stalk me. All of this is unconstitutional. Slavery is illegal. I have already been held in indentured servitude. I can no longer have an address or bank account without reporting it to a sex trafficking serial rapist.

233.  Quinn Emanuel is not allowed to represent any defendant in the instant case because they must cease and desist  torturing me as an extension of their clients abuse.

234.    Bruce Van Dalsem repeats the same thing over and over that his client gave him his marching orders.  Bruce Van Delsum must have a brain cell of  his own and knows that he represents a notorious sexual predator. Bruce Van Delsum is aware that he has caused me an early death and nine years of suffering so for that I am entitled a trial in and of itself for all causes of action as per Quinn

Emanuels malice abuse stalking fraud and obstruction of justice  so this  is an entirely separate lawsuit due to the fact that QUINN EMANUEL URQUHART & SULLIVAN LLP  refused to limit their malice to only myself . They have  victimized all of these people and their children and their "investigators" acted at the lawyers direction with payment from my abuser. These "investigators" all need to be charged with the crimes they have committed. There is no clause in the law that allows perverted old men to stalk beautiful young women under the guise of investigation.

235.   Depositions had to be taken in Europe of people Bruce Van Delsum of  Quinn EMANUEL URQUHART & SULLIVAN LLP knew very well had no information relating to the breach of contract for the sole purpose of Bruce taking his wife on vacation to Spain at the expense of their client the man who raped and trafficked me. This holiday to Spain was taken directly after the deposition of a 23 year old gay boy who met me as he was a store clerk in the women's clothing department in a store 2 weeks prior to the rape.

236. QUINN EMANUEL URQUHART & SULLIVAN LLP  knew he had no information about the rape or my circumstances as a victim of human trafficking. They stalked this young man, his family, friends, his boyfriends, his father, who suffers with multiple sclerosis, his mother, His co- workers their partners and none of these people had ever met me nor heard my name but were shown images of me.

237.    All the while plaintiff was living under the duress of stalking and the solicitation of her murder.

238.    There is no law that permits this type of surveillance and outright stalking.  Plaintiff was guaranteed my privacy and confidentiality under the personal injury settlement agreement nobody disclosed to me that I would be stalked relentlessly for over nine years by a gang of men. Nobody told plaintiff anything besides she would be able to obtain medical treatment remain a private person and that the defendant would never contract me again after he obtained my signature on the agreement yet he was able to rape me again after obtaining the signature he hired men to stalk me prior to obtaining my signature on the agreement and QUINN EMANUEL URQUHART & SULLIVAN LLP knew all of this was taking place and lied to the police.

239.    All of these missing children are not missing 95 percent of them are likely trafficked in some form and the money they earn for their traffickers makes the world go round. This is a really sad state of affairs.

240. These perverts are everywhere lurching around waiting to victimize the next girl or women.

241. Plaintiff must proceed to trial to prevent QUINN EMANUEL URQUHART & SULLIVAN LLP and all of their lawyers associates agents investigators from further stalking and harming plaintiff ,

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

her relatives, dog, colleagues or anyone the "lawyers" deem they think might have spoken to plaintiff for five min in her lifetime.

242. QUINN EMANUEL URQUHART & SULLIVAN LLP Must be prevented for interfering with plaintiffs medical personal, doctors, surgeons and anyone else involved in treating patients medical conditions.

243. QUINN EMANUEL URQUHART & SULLIVAN LLP must be forced to destroy all instances of Child pornography in their possession inclusive of all instances of child pornography depicting plaintiff in their agents and associates possession.

244. QUINN EMANUEL URQUHART & SULLIVAN LLP are Guilty of all counts There are zero facts to dispute. There is no legal basis for a cross complaint.

**FIRST CLAIM FOR RELIEF**

**(Bad Faith against all Defendants)**

Plaintiff incorporates by reference all the allegations of paragraphs 1 through 8, inclusive of this complaint as though set forth herein in full.

On or about _January 25th 2014, Plaintiffs lawyer that she met briefly in a coffee shop drafted a legal complain and a demand letter for mediation. There were no threats of making police reports or anything of that nature the lawyer stated I was willing to go to mediation  and to respond by a certain date. Upon Information and belief what i have learned in the last nine years lawyers are allowed to send demand letters and do this every day in the practice of law.

When Diene Doolittle was presented with the demand Letter from her client who raped me and operates a sex trafficking conspiracy  she conspired with her diabolical client to have plaintiff fire her lawyer by telling her that her lawyer was stalking her that her lawyer was a criminal who would hurt her and steal all of her money. Plaintiff believed what Diane Doolittle said and fired her lawyer and signed the Personal injury settlement agreement prepared by Quinn Emanuel Urquhart and Sullivan lawyers inclusive of Diane Doolittle.  Plaintiff entered into the contract with no legal Counsel besides That of defendants and their Client who told plaintiff he was so powerful he could act as her attorney and this was in the best interests of plaintiff.  Defendants Used three of the most powerful law firms in the country to fraudulently induce plaintiff to sign the contract. Diane Doolittle  and Quinn Emanuel Urquhart and Sullivan LLP have conspired to obstruct justice with her client in Bad faith for over nine years. Thus has caused irreparable harm to plaintiff and lead to the violation of all of her Human Rights, Civil Rights and Constitutional rights. This has caused unfathomable pain and suffering to plaintiff inclusive of bodily injuries, emotional and mental distress, fear, Physical damage, homelessness, Complex PTSD, Denial of all medical treatment, stalking, solicitations for her murder, the break down of the few familial relationships she has. It caused extreme suffering to the person who raised her who died with this on his heart while being stalked in a hospital. This has

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

caused a great many people that had no prior knowledge of these horrors that plaintiff suffered to experience extreme fear and distress.  Plaintiff alleges the same for all counts (claims for relief 1-48)

After defendants obtained plaintiffs signature on the legally binging contract that they prepared Quinn Emanuel Urquhart and Sullivan sent a letter to plaintiff 10 days prior to the second payment in the payment structure they created was to be mede alleging the personal injury settlement agreement was procured by extortion and that they wanted a recession. When plaintiff was forced to fire her lawyer or that she would receive no money for medical treatment defendants did not allege or bring up the words extortion or defamation.

Plaintiff was told by Diane Doolittle that she could not hire a lawyer or the lawyer they forced her to fire would sue plaintiff.

Diane Doolittle told plaintiff that she better listen to Diane Doolittle because she was the former sex crimes Prosecutor
Diane Doolittle told plaintiff that if she filed a breach of contract her former lawyer that they made her fire would sue her.

Since February 2014 Quinn Emanuel Urquhart and Sullivan have been conspiring to deprive plaintiff of all of her rights.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

The Personal Injury Settlement Agreement did not only settle plaintiffs claims for damages it had a clause that prevent the sexual predator from continuing to stalk her. The contract also had a confidentiality clause that protected plaintiffs identity from the organized crime syndicate that trafficked her any any other man on the planet that stalked or hope to exploit plaintiff. This clause was materially breached within Days of plaintiff signing the contract. Diane Doolittle suborned the perjury of these facts to help defendant cover up his sex trafficking conspiracy.  Diane Doolittle conspired with her client and Accountant Karen Valladao to help her client use his sex trafficking conspiracy to evade paying taxes.

Quinn Emanuel Urquhart and Sullivan LLP then hired multiple perverted men to relentlessly stalk plaintiff and chase her through 4 different countries. Plaintiff is still being stalked. Plaintiff has reported the stalking to police but Quinn Emanuel Urquhart and Sullivan lie to the police and state its not happening they are a powerful law firm of criminals so the police take their word for it.

Bruce Van Dalsem enjoys perversely telling plait that she is crazy yet he comes with zero evidence that plaintiff is crazy even after plaintiff has undergone mental evaluations by experts and their is zero evidence that plaintiff suffers from any mental illness besides Post traumatic stress disorder form all of the trauma and stalking.
Over 60 people have witnessed the stalking.
Quinn Emanuel Urquhart and Sullivan Bribed multiple sets of plaits lawyers to abandon her case during secret meeting.

Quinn Emanuel Urquhart and Sullivan Hired so many investigators to stalk plaintiff that she fell and shattered her arm requiring surgical repair. The surgeon is guilty of egregious medical Malpractice after leaving multiple tungsten drill bits in plaintiffs arm. Under the duress and pressure from Quinn Emanuel Urquhart and Sullivan to hurry through surgery to resume litigation plaintiff could not organize to have a surgeon of her own choice immediately operate on sue an extreme injury that medical man practice caused plaintiff a total and complete breach down of health Without further surgery she will die.

Knowing all of this Defendants tampered with the Court appointed Discovery Referee and plaintiffs forth set of lawyers leaving plaintiff in Pro per right after major surgery and weeks before trial. Plaintiff gathered declarations from her surgeons and experts. The referee decide her a reconsideration because the declarations were not typed on legal filing paper by the doctors. Quinn Emanuel Urquhart and Sullivan denied playoffs request to continue the trial until she had an honest lawyer or was in strong enough health to try the case in court by herself.


Plaintiff proceeded to the trial court and filed a motion to continue the trial based on her health and doctors orders. Plaintiff by law could not have testified nor acted as her own lawyer while having two shattered bones, experiencing seizures and taking more than 12 medications to prevent the shut down of her body.  Plaintiff has no faith in lawyers or the ability to trust a lawyer to handle a medical malpractice case because of all the ways she has been violated and stolen from and harmed by lawyers due to this malicious conspiracy that began with Diane Doolittle obstruction of justice. If Diane Doolittle ascends to the bench as a judge she will violate every girls and  women's rights because she is a morally bankrupt psychopath with a license to practice law.

Subsequently Quinn Emanuel Urquhart and Sullivan LLP  through extrinsic fraud on the court and racketeering perverted the course of Justice continue to stalk plaintiff,  violated plaintiffs rights, continue to violate the United States Constitution, Refuse to serve plaintiff with legal pleadings motions discovery in multiple lawsuits where plaintiff is either a witness, plaintiff or a defendant in Pro Per.  Defendants intentionally violated HIPPA laws and were successful in removing all medical treatment out from under plaintiff so that she will die. Plaintiff makes and asserts the same allegations under all counts 1-48

### SECOND CLAIM FOR RELIEF

#### ( Conspiracy against all Defendants)

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

### Third CLAIM FOR RELIEF

#### ( Obstruction of Justice against all Defendants)

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

1

2

3

4

5

6

7

8

9

10

Fourth  **CLAIM FOR RELIEF**

**( Personal Injury against all Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

11

12

13

14

15

16

17

18

**Fifth Claim For Relief**

**(Fraud Against All Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

19

20

21

22

23

24

**Sixth Claim For Relief**

**(Attorney Interference against all Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

25

26

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**Seventh Claim for Relief**

**(Stalking against all Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Eighth Claim for Relief**

**(Violation of the Trafficking Victims Protection Act against all Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Ninth Claim For Relief**

**(Racketeering against all Defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Tenth Claim For Relief**

**(Civil Theft against all defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2 **Eleventh Claim For relief**

3 **(Wrongful Death)**

4

5 **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

6 **under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

7

8

9

10 **Twelfth Claim for Relief**

11 **(Deceit against all defendants)**

12 **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

13 **under claim for relief First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

14

15

16

17 **Thirteenth Claim for Relief**

18

19 **(Intentional  INTERFERENCE WITH ECONOMIC RELATIONS against all defendants)**

20 **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

21 **under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

22

23

24

25 **Fourteenth Claim For Relief**

26 **(Unjust Enrichment Against all defendants)**

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

### Fifteenth Claim for Relief

### (Malicious Prosecution)

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

### Sixteenth Claim For Relief

### (INTERFERENCE WITH EXISTING CONTRACT- NEGLIGENT against all defendants)

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

### Seventeenth Claim for Relief

### (INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL Against all defendants)
Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

### Eighteenth Claim For Relief
### (MONEY HAD AND RECEIVED Against all defendants)
Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**Nineteenth Claim For Relief**
**(WILLFUL MISCONDUCT against all defendants)**
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**


**Twentieth Claim for Relief**
**UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY Against all defendants**
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**


**Twenty first claim for Relief**
**(BREACH OF PRIVACY Against all defendants)**
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**


**Twenty second Claim for Relief**
**(Intentional infliction of emotional Distress)**
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2
**Twenty Third Claim For Relief**
3
**(PROFESSIONAL NEGLIGENCE Against all defendants)**

4

5
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**
6
**under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

7

8

9

10

11
**Twenty Fourth Claim For Relief**
12
**(Violation of Victims of Crime Act Against all Defendants)**

13

14
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**
15
**under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

16

17

18

19
**Twenty Fifth Claim for Relief**
20
**(Violation of Marcys law Against all Defendants)**

21
**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**
22
**under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

23

24

25
**Twenty sixth Claim for Relief**
26
**(Violation of Ambers Law Against all defendants)**

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Twenty seventh claim for Relief
(Defamation against all defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Twenty Eighth Claim for Relief
(Violation of Megans Law against all defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

**Twenty Ninth Claim for Relief
(Violation of Jessies  law against all defendants)**

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2

3

4

5

**Thirtieth Claim For Relief**
**(Violation of Jessicas Law against all defendants)**

6

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

7

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

8

9

10

11

12

**Thirty First Claim For Relief**
**(Violation of  Chelseas Law against all defendants)**

13

14

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

15

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

16

17

18

19

20

**Thirty Second Claim For Relief**
**( Unlawful Endangerment against all defendants)**

21

22

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

23

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

24

25

26

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

**Thirty Third Claim For Relief**
**( Violation of the Bane act  against all defendants)**

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

**Thirty Fourth Claim for Relief**
**(Violation of the Ralph act  against all defendants)**

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

**Thirty Fifth Claim For Relief**
**(GROSS NEGLIGENCE against all defendants)**

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

**Thirty Sixth Claim For Relief**
**( Tortious Interference against all defendants)**

Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.

1

2

**Thirty Seventh Claim for Relief**
**(Trespass to chattels against all defendants)**

3

4

5

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

6

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

7

8

9

10

11

12

**Thirty Eighth Claim For Relief**
**(Conversion against all defendants)**

13

14

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

15

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

16

17

18

19

**Thirty Ninth Claim For Relief**
**(Violation of the Ku Klux Klan act against all defendants)**

20

21

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

22

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

23

24

25

26

**Fortieth  Claim For Relief**
**(Violation of the Mann Act against all defendants)**

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2

3

4  **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

5  **under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

6

7

8

9                          **Forty First Claim For Relief**
10              **(Violation of the Human Rights Act against all defendants)**

11

12  **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

13  **under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

14

15

16

17

18                        **Forty Second Claim For Relief**
                 **(Violation of The California Constitution against all defendants)**
19

20

21

22  **Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in**

23  **listed under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

24

25

26

27

28                          **Forty Third Claim For Relief**

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

**(Invasion Of Privacy against all defendants)**

2

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

3

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

4

5

6

7

8

**Forty Fourth Claim For Relief**
**(False Light against all defendants)**

9

10

11

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

12

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

13

14

15

16

**Forty Fifth  Claim For Relief**
**(Inciting Gender Violence against all defendants)**

17

18

19

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

20

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

21

22

23

**Forty Sixth Claim For Relief**
**( Legal Misconduct  against all defendants)**

24

25

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed**

26

**under  First  claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

27

28

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1

2

3

4

**Forty Seventh Claim for Relief**
**(Negligent Supervision of Diane Doolittle against all defendants)**

5

6

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

7

8

9

10

11

**Forty Eighth Claim For Relief**
**(INTERFERENCE WITH MEDICAL TREATMENT against all defendants)**

12

13

14

**Defendants are Guilty on all counts claims for relief 1-48 Plaintiff alleges the same facts in listed under First claim for Relief. THERE ARE ZERO FACTS TO DISPUTE.**

15

16

17

18

**There are zero facts to dispute Defendants are guilty on all counts (Claims for Relief) 1-48 and additionally**
**The Defendants have violated all of the**

19

20

**Following laws that I have not listed as causes of action but reserve the right to do so when it becomes necessary to amend my complaint.**

21

Bad faith

22

Fraud

23

24

Conspiracy

25

Racketeering

26

Attorney interference

27

Civil Theft

28

HUMAN TRAFFICKING

PREMISES LIABILITY

Breach of Written Contract

Violation of Human Rights act

Violation of the Man act

Violation of the Mann act

Violation of the civil rights act 1964

Violation Of the Bane Act

Violation of Violence Against Women Act

Breach of covenant of good faith and fair dealings

Breach of Oral contracts

Civil and Criminal Extortion

Possession and Distribution of Child Pornography

Quid Pro Quo

Intentional Violations of FLSA

Fraud Upon the Court

Tampering with witnesses

Tampering and destruction of Evidence

Stalking

Stalking by alternative means

Inciting Gender Violence

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Violation of the equal rights Amendment

Violation of Victims of Crime Act

Vicarious liability; respondeat superior

Causation of plaintiffs lawyers to Breach their fiduciary Duty

Legal Malpractice

Assault and Battery causation of shattered bone via stalking

Ku Klux Klan Act Violations

Personal Injury

Negligent infliction of emotional distress

Intentional infliction of emotional distress

Racial discrimination

Violation Of The Women's Rights Act

Unfair competition

Unfair Fair Debt Collection Practices Act

Perjury And Suborning Perjury

Violation of Trafficking Victims Protection Act

Fraudulent inducement of Plaintiff

Fraudulent Inducement of Judiciary

Fraudulent misrepresentation

Negligence

Negligence per se

Negligent hiring

Negligent Retention

Negligent Supervision Of Diane Doolittle

Negligent Direction

Negligent Misrepresentation

Concealment

Deceit

INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS

Indemnity

Abuse of the discovery process

Over whelming the plaintiff and the court with frivolous motions/pleadings/ papering

INVASION OF PRIVACY PUBLIC DISCLOSURE OF PRIVATE FACTS

INVASION OF PRIVACY FALSE LIGHT

Invasion of plaintiffs mind

Violation of Slavery pursuant to Thirteenth Amendment

Violation of the Hobbs Act

Unjust enrichment

Malicious Prosecution

Making false and fraudulent representations

 EX POST Facto reasoning for purposes of defrauding the court and the world

Tortious Interference

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Contribution

Intentionally Causing homelessness

INTERFERENCE WITH EXISTING CONTRACT- NEGLIGENT

INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL

DEPENDENT ADULT ABUSE

MONEY HAD AND RECEIVED

GROSS NEGLIENCE
PROFESSIONAL NEGLIGENCE

WILLFUL MISCONDUCT

NEGLIGENT ENTRUSTMENT

UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY

BREACH OF PRIVACY

WRONGFUL DEATH

Trespass to Chattels

Conversion

Civil Theft

Abuse of protective order

Civil Conspiracy Amongst the Lawyers

Violation Of California Code, Civil Code - CIV § 1708.8547

Violation Of U.S. Code § 230 - Protection for private blocking and screening of offensive material

MONEY HAD AND RECEIVED

GROSS NEGLIENCE

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

PROFESSIONAL NEGLIGENCE

NEGLIGENT ENTRUSTMENT

Violation of Victims of Crime Act
Violation of Marcys law
Violation of Ambers Law
Violation of 47 U.S. Code § 230 - Protection for private blocking and screening of offensive material
Violation of 18 of the U.S. Code, Section 798
Violation of California Penal Code Section 538d PC
Violation of 18 U.S. Code § 716 - Public employee insignia and uniform
Violation of 18 U.S.C. 1513 - Retaliating against a witness, victim, or an informant
Violation of Section 1512 of Title 18
Violation of Penal Code Section 68 Bribery
Violation of Civil Code not Serving legal pleadings
Violation of 18 U.S. Code § 201 - Bribery of public officials and witnesses
es
Violation of PC 647(I) & PC 647(J) CALIFORNIA'S PEEPING TOM LAWS
Violation of US PENAL CODE 647(I) PC PEEKING WHILE LOITERING LAW
Violation of(Penal Code 647(a) PC)LEWD CONDUCT
Violation of Trespassing (Penal Code 602 PC

Violation of California Penal Code 206: Torture,
Violation of the federal civil rights act
Violation Of The US CONSTITUTION and amendments
Violation Of THE CALIFORNIA CONSTITUTION
Violation Of Violation Of Universal Declaration of Human Rights - the United Nations
Bribery of Reporters to print fake news
Interference with medical treatment


Violation of  18 U.S.C. § 2252.Child Pornography
Violation of 18 U.S.C. § 873 Extortion
Violation of 18 U.S.C. § 1460 - Possession with intent to sell obscene matter on Federal property
Violation of       •       18 U.S.C. § 1461 - Mailing obscene or crime inciting matter
Violation of       •       18 U.S.C. § 1462 - Importation or transportation of obscene matters
Violation of       •       18 U.S.C. § 1463 - Mailing indecent matter on wrappers or envelopes
Violation Of 18 U.S.C. § 1465 - Transportation of obscene matters for sal
Violation of       •       18 U.S.C. § 1466 - Engaging in the business of selling or transferring obscene matter
Violation of       •       18 U.S.C. § 1466A - Obscene visual representations of the sexual abuse of children

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Defamation

Violation of 18 U.S.C. § 2252A - Certain activities relating to material containing child pornography•

Violation of Racketeering 18 U.S.C. §
Violation of 1961 Computer hacking under 18 U.S.C. § 1030
Violation of 18 U.S.C. § 1030 with the intent to cause harm
Violation of Computer Fraud and Abuse Act
Violation of 18 U.S.C. § 372 – conspiracy
Violation of 18 U.S.C. § 373 – SOLICITATION TO COMMIT A CRIME OF VIOLENCE

Violation of Ambers Law
Violation of Megans Law
Violation of Jessies law
Violation of Jessicas Law
Violation of Marcy's Law
Violation of  Chelseas Law

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

**FIRST CLAIM FOR RELIEF:**

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6        Such other and further relief as the court may deem just and proper.

**SECOND CLAIM FOR RELIEF:**

1.      For general damages in the amount of $40,000,000.00;

2.      For special damages for medical and related expenses in the amount of $_2,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from $ 40,000,000.00,  at 10% per annum from and after May, 14 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Third Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Fourth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.     For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.     For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4     For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5     Costs of suit herein incurred; and Attorneys fees

6     Such other and further relief as the court may deem just and proper.

Fifth  Claim for relief

1.     For general damages in the amount of $ 40,000,000.00 dollars;

2.     For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.     For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4     For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5     Costs of suit herein incurred; and Attorneys fees

6     Such other and further relief as the court may deem just and proper.

Sixth Seventh  Claim for relief

1.     For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Eighth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Ninth Tenth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Eleventh  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Twelfth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.   For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.   For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4   For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5   Costs of suit herein incurred; and Attorneys fees

6   Such other and further relief as the court may deem just and proper.


Thirteenth  Claim for relief

1.  For general damages in the amount of $ 40,000,000.00 dollars;

2.   For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.   For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4   For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5   Costs of suit herein incurred; and Attorneys fees

6   Such other and further relief as the court may deem just and proper.


Fourteenth  Claim for relief

1.  For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Fifteenth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Sixteenth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Seventeenth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Eighteenth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Ninetieth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Twentieth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Twenty First  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Twenty Second  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Twenty Third  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.

Twenty Fourth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Twenty Fifth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Twenty Sixth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Twenty Seventh  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Twenty Eighth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

4  For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5  Costs of suit herein incurred; and Attorneys fees

6  Such other and further relief as the court may deem just and proper.

Twenty Ninth  Claim for relief

1. For general damages in the amount of $ 40,000,000.00 dollars;

2. For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3. For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4 For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5 Costs of suit herein incurred; and Attorneys fees

6 Such other and further relief as the court may deem just and proper.

Thirtieth  Claim for relief

1. For general damages in the amount of $ 40,000,000.00 dollars;

2. For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3. For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4 For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Thirty First Claim for relief

1.     For general damages in the amount of $ 40,000,000.00 dollars;

2.     For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.     For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4     For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Thirty Second  Claim for relief

1.     For general damages in the amount of $ 40,000,000.00 dollars;

2.     For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.     For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4     For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Thirty Third  Claim for relief

1.       For general damages in the amount of $ 40,000,000.00 dollars;

2.       For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.       For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Thirty Fourth  Claim for relief

1.       For general damages in the amount of $ 40,000,000.00 dollars;

2.       For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.       For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Thirty Fifth  Claim for relief

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

1. For general damages in the amount of $ 40,000,000.00 dollars;

    2. For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

    3. For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

    4 For interest on said damages from $40,000,000.00, at 10% per annum from and after May 23 2014;

    5 Costs of suit herein incurred; and Attorneys fees

    6 Such other and further relief as the court may deem just and proper.


Thirty Sixth  Claim for relief

1. For general damages in the amount of $ 40,000,000.00 dollars;

    2. For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

    3. For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

    4 For interest on said damages from $40,000,000.00, at 10% per annum from and after May 23 2014;

    5 Costs of suit herein incurred; and Attorneys fees

    6 Such other and further relief as the court may deem just and proper.


Thirty Seventh  Claim for relief

1. For general damages in the amount of $ 40,000,000.00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Thirty Eighth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Thirty Ninth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00, at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Fortieth  Claim for relief

Forty Second  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4       For interest on said damages from $40,000,000.00, at 10% per annum from and after May 23 2014;

5       Costs of suit herein incurred; and Attorneys fees

6       Such other and further relief as the court may deem just and proper.


Forty Third  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Forty Fourth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.


Forty Fifth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Forty Sixth Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Forty Seventh  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

4      For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

5      Costs of suit herein incurred; and Attorneys fees

6      Such other and further relief as the court may deem just and proper.

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud

Forty Eighth  Claim for relief

1.      For general damages in the amount of $ 40,000,000.00 dollars;

    2.      For special damages for medical and related expenses in the amount of $ 2,000,000.00 ;

    3.      For damages for loss earnings in the amount of $ 10, 000, 000 .00 dollars;

    4       For interest on said damages from $40,000,000.00,  at 10% per annum from and after May 23 2014;

    5       Costs of suit herein incurred; and Attorneys fees

    6       Such other and further relief as the court may deem just and proper.

    Exemplary damages, Punitive damages, special damages compensatory damages should  be awarded to plaintiff because plaintiff always had the right to a trial by jury an additional 9 years of plaintiffs life have been stolen from her, she remains in danger for the remainder of her human life because of the Defendants nefarious criminal activity and their attempts to invalidate the United States Constitution, The California Constitution, The Canadian Constitution, and The trafficking Victims Protection act.

This is all for Proof at trial by Jury

Signed Juneteenth 2023
I Pray that I will be Emancipated

Dated: June 19th 2023                           Eve Doe

Complaint for Racketeering,Conspiracy, Bad Faith, Obstruction of justice, Personal injury, Fraud